UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BROADWAY THEATRE CORP.        :
                              :
     v.                       :
                              :    Civil Action No.
BUENA VISTA PICTURES DISTRIBUTION, et al.  :    3:00cv706 (SRU)

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___  A ruling on the following motions which are currently pending: (orefm.)

_X_  A settlement conference (orefmisc./cnf)

___  A conference to discuss the following: (orefmisc./cnf) _____

___  Other: (orefmisc./misc) _____

SO ORDERED this _____ day of October 2003, at Bridgeport, Connecticut.

Stefan R. Underhill
United States District Judge