UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROADWAY THEATRE CORP. ) | |
| ) | |
| ) | |
| ) | |
| V. ) | CIVIL ACTION NO: 3:00-CV-00706 (SRU) |
| ) | |
| ) | |
| ) | |
| BUENA VISTA PICTURES ) | |
| DISTRIBUTION, ET AL. ) | NOVEMBER 14, 2003 |

## PARTIES' JOINT PRE-TRIAL MEMORANDUM

*The Defendants have based all components of this pre-trial memorandum upon their understanding of Plaintiff's claims based upon the facts and evidence developed to date. Should circumstances require, Defendants respectfully reserve their right to modify any and all portions of this pre-trial memorandum.*

1. **TRIAL COUNSEL:**

   Plaintiff:   Peter C. Spodick
   592 Central Avenue
   New Haven, Connecticut 06515
   Tel.: (203) 785 9628
   Fax: (203) 773 3104
   peterspodick@aol.com

   Defendants:   Richard W. Bowerman ct 04181
   Benjamin A. Solnit ct 00292
   Elizabeth K. Andrews ct 20986
   Tyler Cooper & Alcorn, LLP
   205 Church Street
   Post Office Box 1936
   New Haven, Connecticut 06509-1910
   Tel.: (203) 784-8200
   Fax.: (203) 865-7865
   bowerman@tylercooper.com
   solnit@tylercooper.com
   eandrews@tylercooper.com

>Jeffrey A. Rosen
>Sargoy, Stein, Rosen & Shapiro
>1790 Broadway
>New York, NY 10019

2. **JURISDICTION:**

This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332. Jurisdiction exists because the parties are citizens of different states and the amount in controversy, exclusive of costs, exceeds $75,000.

3. **JURY/NON-JURY:**

This case will be tried to the Court.

4. **LENGTH OF TRIAL:**

*Plaintiff:*

The Plaintiff anticipates six (6) full days of evidence to present its case.

*Defendants:*

The Defendants anticipate nine (9) full days of evidence to present their case.

5. **FURTHER PROCEEDINGS:**

*Plaintiff:*

The Plaintiff has scheduled the deposition of Defendants' expert, George Priest, for November 17, 2003 and the deposition of Defendants' expert, Barry Reardon, for December 2, 2003. As a convenience to counsel and the deponents, one of whom is located out-of-state, the Defendants have no objection to these dates.

*Defendants:*

The Defendants do not anticipate the need for further proceedings, other than those noted above, at this time.

6. **NATURE OF CASE:**

*Plaintiff's Claims:*

Plaintiff asserts that the manner of licensing motion pictures for exhibition by the Defendants to exhibitors in the New Haven area violates Conn. Gen. Stat. § 42-110a et seq., the Connecticut Unfair Trade Practices Act.

*Defendants' Defenses and Claims:*

The manner of licensing of motion pictures by the Defendants for exhibition in the New Haven area is lawful and, more specifically, does not violate the requirements of the Connecticut Unfair Trade Practices Act. The Complaint fails to state a claim upon which relief can be granted; Plaintiff's claims are barred or preempted by the Copyright Act, 17 U.S.C. § 101 et seq., and legal principles based thereon; a Defendant's unilateral refusal to license a motion picture to Plaintiff is presumptively valid; Plaintiff's claims are barred by the applicable statutes of limitations; Plaintiff's claims are barred by the doctrine of laches; Plaintiff's claims are barred by the doctrine of waiver; Plaintiff failed to mitigate its damages, if any; Plaintiff's claims are barred by the doctrine of estoppel.

7. **TRIAL BY MAGISTRATE JUDGE:**

The parties do not agree to a trial by a Magistrate Judge.

8. **LIST OF WITNESSES:**

*Plaintiff's Witness List*

**Witnesses Plaintiff expects to call at trial**

    (1)    Robert Spodick
              Plaintiff President
              York Square Cinemas
              55 Broadway
              New Haven, CT 06511
              203-865-3015

              Peter Spodick
              Plaintiff Manager
              York Square Cinemas
              55 Broadway
              New Haven, CT 06511
              203-865-3015

    (2)    Christopher Schuck
              Yale University Disability Assistant
              109 Bishop Street
              New Haven, CT 06511
              203-752-9497

Chris Schuck is a former Yale student and University Disability Aide. His anticipated testimony will concern helping blind and physically limited Yale students to achieve levels of independence while living at Yale.

    (3)    Ernst Weber
              Photographs, measure distances
              625 Orange St.
              New Haven, CT 06511
              203-787-4518

Mr. Weber lives in Downtown and is an artist and movie-goer. His anticipated testimony will concern the presentation of films at the York Square and at National Amusements.

    (4)    Christopher Skiest
            Photographs, measure distances
            Edgewood Avenue
            New Haven, CT 06515
            203-387-5300

Christopher Skiest is a New Haven resident and college student who is also a York Square cashier. His anticipated testimony will concern travel distances between Connecticut cinemas.

    (5)    Brian Loder
            Divinity student and Plaintiff employee
            300 Orange Street
            New Haven, CT 06511
            203-785-0070

Brian Loder is a Downtown resident, Yale graduate, Divinity student and York Square employee. Anticipated testimony will concern the relationship between the York Square and Yale students living Downtown.

    (6)    Johnes Ruta
            Plaintiff gallery curator
            22 Willard Street
            New Haven, CT  06515
            203-387-4933

Johnes Ruta has for many years been the curator at the York Square Cinema Gallery, the oldest operating private gallery in New Haven. His anticipated testimony will concern the relationship between the New Haven arts community and the York Square.

    (7)    Nina Adams
            Film Fest New Haven Director
            205 Church Street
            New Haven, CT 06511
            203-776-6789

Ms. Adams is founder of FilmFest New Haven, an industry recognized annual event, presented primarily at the York Square. Anticipated testimony will concern the quality of presentation at the York Square, comments of film makers about the York Square, and the relationship of the cinema to Downtown.

(8) Susan Hart
Administrator
Yale University Film Studies Department
53 Wall St.
New Haven, CT 06520
203-436-4668

Susan Hart is an administrator with the Yale Film Studies Department. Her anticipated testimony will focus on the relationship between the York Square and Yale University.

(9) Ronald Wanless - Expert
Plaintiff Marketing Consultant
733 Huntley Drive
Los Angeles, CA
310-659-6331

Mr. Wanless is a retired Marketing Consultant based in Los Angeles, California. He is a film industry veteran, whose career was in film marketing. Mr. Wanless was an executive with various film companies and advertising agencies. He has provided marketing advice to the Plaintiff for many years, and was retained in 2002 to provide a marketing study/survey of the York Square audience. His anticipated testimony will be similar to the results of the 1998 Yale University survey: the York Square audience consists primarily of Yale students, who live Downtown, do not have automobiles, and who walk to the York Square. Mr. Wanless' curriculum vitae is attached to this memorandum at Tab A.

    (10)    Michael Bailey - Expert
               Plaintiff Accountant
               Bailey Schaeffer and Errato
               1224 Main St.
               Branford, CT
               203-481-1121

Michael Bailey is a Certified Public Accountant, employed with Bailey, Schaeffer and Errato. The Bailey firm, and its predecessor, Bailey, Moore, Glazer, Schaeffer and Proto, have performed accounting services for Broadway Theatre Corporation since the Plaintiff commenced business in 1970. Mr. Bailey has been asked to present records and returns necessary to compute Plaintiff's estimate of damages.

    (11)    Lee Vogel
               Branford Theatre former owner
               124 Burban Drive
               Branford, CT 06477
               203-488-0014

Anticipated testimony includes the unfairness of Defendants' clearance practices to a now-closed, distant, suburban independent cinema.

    (12)    Daniel A. Gilbert
               New Haven resident
               167 Wooster Street
               New Haven, CT 06511
               203-624-5765

Anticipated testimony from New Haven resident concerns York Square's support of union and York Square's relationship to Downtown.

    (13)    Vilashini Coopan
               Yale University
               Literature Faculty Department of Comparative Literature
               Yale University
               P.O. Box 908299
               New Haven, CT 06520
               203-432-4750

Anticipated testimony concerns the relationship between York Square and Yale University faculty and students who attend classes at the York Square as an alternative to crossing lines during labor strike.

    (14)    Matan Koch
            Former Yale student, disabled
            Harvard Law School
            Cambridge, MA

Disabled recently graduated Yale student. Anticipated testimony concerns unfairness of turnpike travel away from New Haven for a disabled student.

    (15)    Ben Healey
            Yale student, New Haven Alderman
            165 Church Street
            New Haven, CT 06510
            203-436-0885, 203-946-6483

Yale student, two-term New Haven Alderman. Anticipated testimony concerns fairness of Defendants' contracting practices to Yale students and New Haven residents.

    (16)    Rob Lawinski - Expert
            Plaintiff film buyer/agent
            110 Greene Street
            New York, NY
            212 925 4776

Plaintiff's film buyer/agent for all negotiations with film distribution companies. Rob Lawinski is an agent at Lesser Theater Service, which represents over 400 "screens" in five states. Their clients include the interstate chain Crown Theatres, which has a strong presence in Connecticut. Lawinski has 20+ years experience in the industry, and represents theatres in more Connecticut towns than anyone else. He is an expert in Independent and Foreign film, and will testify that the York Square is capable of immensely increasing its grosses, and the resulting revenues to the Defendant film

distributors, if he were allowed to book his choice of films. In deposition, he testified that he would simply wish to parallel the film selections he makes for the theatres he represents in Madison and Greenwich, Connecticut.

 (17) Jeffrey Jacobs
    Jacobs Entertainment
    Plaintiff former film buyer/agent
    48 E. 43 Street
    New York, NY 10017
    212-986-7488

Plaintiff's former film buyer/agent for negotiation with defendant film companies, specializing in representation of independent cinemas with specialized film. Anticipated testimony concerns Defendants' clearance practices, and relationship, if any, of the York Square to National Amusements.

 (18) Josh Mamis, Editor
    New Haven Advocate Newspaper
    1 Long Wharf
    New Haven, CT 06511
    203-789-0010

Anticipated testimony concerns York Square winning "Best of New Haven"/cinema survey.

 (19) Michael C. Bingham, Editor
    Business New Haven Magazine
    1221 Chapel Street
    New Haven, CT 06511
    203-781-3482

Anticipated testimony regards statistical reporting in annual "Book of Lists"

 (20) Robert Proto
    President, Local 35
    Laura Smith
    President, Local 34
    425 College Street

New Haven, CT 06511
203-624-5161

Anticipated testimony from Yale University strike leaders, regarding York Square as a perennial alternative classroom site.

(21)   Sumner Redstone
       Chair/President
       Shari Redstone
       Chair/President
       National Amusements
       200 Elm Street
       Dedham, MA
       781-461-1600

Chair/President of National Amusements, privately held owner of cinema complexes and media giant Viacom. Anticipated testimony concerns relationship, if any, of the York Square to National Amusements.

The anticipated testimony of witnesses numbered 22 through 32 will concern the Connecticut Unfair Trade Practices Act, clearances, National Amusements and Plaintiff's York Square Cinema, as well as related areas.

(22)   Chuck Viane, President
       Buena Vista Pictures Distribution
       350 S. Buena Vista St.
       Burbank, CA 91521
       Main:   (818) 560 1000
       Fax:    (818) 972 3905

(23)   Steven Spielberg
       Jim Tharp, Head of Distribution
       Matt Ball
       DreamWorks Pictures
       1000 Flower St., Lakeside Bldg. 2nd Fl.
       Glendale, CA 91201
       Main:   (818) 695-5000
       Fax:    (818) 695-6322

The anticipated testimony of Mr. Ball will concern the relationship between York Square Cinema, Defendant DreamWorks and Yale University.

(24)  Tom Ortenberg, President - Lions Gate Film Releasing
      Lions Gate Films
      4553 Glencoe Ave. - Ste. 200
      Marina Del Rey, CA 90290
      Main: (310) 314-2000
      Fax:  (310) 452-2670

(25)  Erik Lomis, President - Distribution
      MGM Distribution Co.
      2500 Broadway St.
      Santa Monica, CA 90404
      Main: (310) 449-3000
      Fax:  (310) 449-3100

(26)  Rick Sands, Chairman - Worldwide Distribution
      Denise Battaglia - Salesperson
      Carla Ornellas - Salesperson
      Miramax Films Inc.
      375 Greenwich St.
      New York, NY 10013
      Main: (212) 941-3800
      Fax:  (212) 941-3949

(27)  David Tuckerman. President - Domestic Theatrical Distribution
      New Line Distribution
      116 N. Robertson Blvd. - Ste. 200
      Los Angeles, CA 90048
      Main: (310) 854-5811
      Fax:  (310) 854-1824

(28)  Wayne Lewellen, President - Motion Picture Distribution
      Paramount Pictures
      5555 Melrose Ave.
      Hollywood, CA 90038
      Main: (323) 956-5000
      Fax:  (323) 862-3429

(29)  Jeff Blake, President of Worldwide Marketing & Distribution
      Sony Pictures Releasing