10202 W. Washington Blvd.
        Culver City, CA 90232
        Main:  (310) 244-4000
        Fax:    (310) 244-1361

(30)    Nikki Rocco, President
        Universal Pictures Distribution
        100 Universal City Plaza, Bldg. 2160, Ste. 8G
        Universal City, CA 91608
        Main:  (818) 777-1000
        Fax:    (818) 866-1481

(31)    Daniel R. Fellman, President
        Warner Bros. Pictures
        4000 Warner Blvd.
        Burbank, CA 91522
        Main:  (818) 954-6000
        Fax:    (818) 954-6607

(32)    Jack Foley, Executive Vice President - Distribution
        USA Films
        65 Bleecker St., 2nd Fl.
        New York, NY 10012
        Main:  (212) 539-4000
        Fax:    (212) 539-4099

**Witnesses Plaintiff may call at trial if the need arises**

(1)     Sperie Perakos
        Nikki Perakos
        Independent film exhibitors
        864 Racebrook Road
        Orange, CT
        203-795-3883

Independent film exhibitors who own the Southington, Connecticut Drive-In Theatre. Anticipated testimony concerns the relationship between their theatre and the National Amusements in Southington, located in the same town and on the same street as the Southington Drive-In.

(2) Robert Peterson
Cinema supplies and repairs
New England Theatre Service
141 South Main Street
Beacon Falls, CT 06403
203-729-9800

Anticipated testimony from Mr. Peterson concerns maintenance service he has performed at the York Square, and at other cinemas.

(3) Peter Rosen
Peter Rosen Productions
New York, NY
212-535-8927

Mr. Rosen is a professional filmmaker and Yale alumnus. Anticipated testimony concerns the York Square as a Yale-oriented facility, dating from its inception.

(4) George Edwards
119 Dwight St.
New Haven, CT 06511
203-789-8042

Mr. Edwards lives in Downtown and is a senior citizen York Square patron. Anticipated testimony concerns fairness for retired, independently-living senior citizen movie-goers who live Downtown and who do not have access to an automobile.

(5) Meg Ruland
Yale University Properties
433 Temple Street
New Haven, CT 06510
203-412-8300

Anticipated testimony concerns the relationship of the York Square and other Downtown merchants with Yale University students.

(6) Matt Jacobs
c/o Yale University Properties
433 Temple Street

New Haven, CT 06510
203-412-8300

Anticipated testimony concerns great majority of Yale University students being without automobiles, and desiring to see first-run movies Downtown.  Mr. Jacobs was quoted at length in published reporting on Yale student preferences.

    (7)    Michelle Duprey, Director
            Office of Services for Persons with Disabilities
            City of New Haven
            165 Church Street
            New Haven, CT 06510
            203-946-8122

Anticipated testimony concerns perspectives access for the physically disabled to New Haven streets and public places.

    (8)    Carolyn Varet, Director
            Yale University Resource Office and Disabilities
            New Haven, CT 06520
            203-432-2324

Anticipated testimony of the needs and concerns of disabled Yale students.

    (9)    Jack Kramer, Editor
            The New Haven Register
            40 Sargent Drive
            New Haven, CT 065
            203-789-5400

Anticipated testimony concerns editorials and reporting on relationship between City of New Haven, York Square and Defendants.

    (10)    Susan Zucker, General Manager
             Emily Anthes, Editor
             Yale Daily News
             202 York Street
             New Haven, CT 06510
             203-432-2414

Anticipated testimony concerns the relationship of the York Square to Yale University and Downtown as evidenced by Yale Daily News reporting, advertising and editorials.

 (11) Jonathan Cohen, Editor
    Yale Herald Newspaper
    P.O. Box 201653
    New Haven, CT 06520
    203-432-0160

Anticipated testimony concerns the relationship of the York Square to Yale University and Downtown as evidenced by Yale Daily News reporting and advertising.

 (12) Kevin McGuire, Esq.
    McGuire & Associates
    Waltham, MA
    978-579-9857

Disability advocates, anticipated testimony concerns independence available to the disabled in New Haven.

 (13) Jesse Jackson
    Human rights advocate
    The Rainbow Coalition
    1131 8th Street
    Washington, D.C.
    202-547-3235

Anticipated testimony from human rights advocate regarding University labor strikes and urban fairness issues.

 (14) Jim Cox, Manager
    Metro Taxi Company
    P.O. Box 26094
    West Haven, CT 06516
    203-934-2096

Anticipated testimony concerns the substantial cost of turnpike taxi travel round-

trip from Downtown to National Amusements.

    (15)    Louis Proto
                The Proto Group
                116 Washington Avenue
                North Haven, CT
                203-234-6371

Plaintiff's realtor, anticipated testimony concerns the value of Plaintiff's tenancy, and the quality and nature of the Broadway District.

    (16)    Jonathan Mostow
                c/o Warner Bros. Pictures
                4000 Warner Boulevard
                Burbank, CA 91522
                818-954-6000

Former York Square employee, Director/writer "Terminator 3," distributed by Defendant Warner Bros. Anticipated testimony concerns quality of York Square and value to Downtown community.

    (17)    Stephen Boticello
                Director of Finance
                Connecticut Transit
                100 Liebert Road
                Hartford, CT

Anticipated testimony concerns Connecticut Transit annual reports showing millions of New Haven bus riders.

    (18)    Professor Douglas Rae
                Yale University
                School of Management
                56 Hillhouse Avenue
                New Haven, CT 06511
                203 432 9899

Anticipated testimony includes unique nature of urban New Haven, contrasted with needs and choices of non-urban Connecticut.

 (19) Professor Robert Gordon
    Yale Law School
    127 Wall Street
    New Haven, CT 06510
    203 432 1660

Anticipated testimony concerns relationship between York Square and Yale generally and during labor strikes.

 (20) Karen Gilvarg
    Mike Piscitelli
    Office of City Planner
    City of New Haven
    165 Church Street
    New Haven, CT 06510
    203 946 6353

Anticipated testimony concerns reports relating to demographic and planning concerns relating to Downtown and New Haven.

## *Defendants' Witness List*

**Witnesses Defendants may call at trial if the need arises**

 (1) George L. Priest
    John M. Olin Professor of Law and Economics
    Yale Law School
    P.O. Box 208215
    New Haven, Connecticut 06520

George L. Priest is the John M. Olin Professor of Law and Economics at Yale Law School. Mr. Priest will provide his opinions regarding the existence of substantial competition among the Showcase Cinemas North Haven, Showcase Cinemas Orange and York Square Cinemas; the legitimacy of Defendant distributors' licensing practices in the New Haven area; and the economic role of temporary exclusive exhibition rights. Mr. Priest's testimony will be based, in part, on the data and information provided to him by Eugene Ericksen of National

17

Economic Research Associates. For a more comprehensive synopsis of Mr. Priest's anticipated testimony, see Defendants' Disclosure of Expert Witnesses and appended reports provided to Plaintiff and the Court on October 15, 2003.

      (2)    Eugene Ericksen
              Professor of Sociology and Statistics, Temple University
              Special Consultant to National Economic Research Associates
              Two Logan Square, Suite 800
              Philadelphia, Pennsylvania 19103

Eugene Ericksen is a Professor of Sociology and Statistics, Temple University and Special Consultant with National Economic Research Associates, Inc. Mr. Ericksen will provide his opinions regarding proper survey methods; his design and implementation of a survey examining movie attendance to determine who attends movies at the Showcase Cinemas North Haven, Showcase Cinemas Orange and York Square Cinemas; and the overlap in attendance among those three theatres. For a more comprehensive synopsis of Mr. Ericksen's anticipated testimony, see Defendants' Disclosure of Expert Witnesses and appended reports provided to Plaintiff and the Court on October 15, 2003.

      (3)    D. Barry Reardon
              176 Brown Road
              P.O. Box 670
              Wilmington, VT 05363

Barry Reardon has been employed in several capacities in the motion picture business since 1967. Mr. Reardon will provide his opinions regarding the business practices of theatrical motion picture distributors and exhibitors in the New Haven area. For a more comprehensive synopsis of Mr. Reardon's anticipated testimony, see Defendants' Disclosure of Expert Witnesses and appended reports provided to Plaintiff and the Court on October 15, 2003.

    (4)    Michael R. Shanok, PE
             Forensic Engineering
             100 Hinman Street
             Cheshire, Connecticut 06410-2546

Michael R. Shanok will provide his opinions regarding the safety and fitness of Showcase Cinemas North Haven, Showcase Cinemas Orange and York Square Cinemas to accommodate patrons, particularly those with disabilities. For a more comprehensive synopsis of Mr. Shanok's anticipated testimony, see Defendants' Disclosure of Expert Witnesses and appended reports provided to Plaintiff and the Court on October 15, 2003.

    (5)    Phil Fortune, Vice President/Sales
             Buena Vista Pictures Distribution
             1500 Broadway, Suite 300
             New York, New York 10036

             Chuck Viane, President
             Rod Rodriguez, Senior Vice President - General Sales Manager
             Buena Vista Pictures Distribution
             350 S. Buena Vista St.
             Burbank, California 91521

Phil Fortune, Chuck Viane and Rod Rodriguez may testify regarding the licensing of Buena Vista motion pictures in the New Haven area.

    (6)    Joseph Sabatino
             DreamWorks Distribution L.L.C.
             650 Madison Ave., 22nd Floor
             New York, NY 10022

             Mark Christiansen
             Don Harris
             DreamWorks Distribution L.L.C.
             1000 Flower Street
             Glendale, CA 91201

Joseph Sabatino, Mark Christiansen and Don Harris may testify regarding the licensing

of DreamWorks motion pictures in the New Haven area.

      (7)    Tom Ortenberg
               Lions Gate Films, Inc.
               10100 Santa Monica Boulevard
               Suite 2200
               Los Angeles, California 90067-4164

Tom Ortenberg may testify regarding the licensing of Lions Gate Films, Inc. motion pictures in the New Haven area.

      (8)    Bill Lewis, Senior Vice President - Eastern Sales Manager
               Greg Simi, Vice President - Eastern Division Manager
               Lisa DiMartino, District Manger - Eastern Division
               Erik Lomis, President - Domestic Distribution
               Metro-Goldwyn-Mayer Studios Inc.
               10250 Constellation Blvd.
               Los Angeles, CA 90067

Bill Lewis, Greg Simi, Lisa DiMartino and Erik Lomis may testify regarding the licensing of Metro-Goldwyn-Mayer Inc. motion pictures in the New Haven area.

      (9)    Mike Rudnitsky, Sr. Executive Vice President, Domestic Distribution
               Rick Sands, COO
               Carla Ornelas, Vice President, Domestic Distribution
               Miramax Film Corp.
               99 Hudson Street, 5th Floor
               New York, NY 10013

               Ken Naccari, Vice President, Eastern Division, Domestic Distribution
               Miramax Film Corp.
               11 Beach Street, 5th Floor
               New York, NY 10013

               Elliot Slutzky, EVP & General Sales Manager
               Miramax Film Corp.
               7966 Beverly Boulevard
               Los Angeles, CA 90069

Mike Rudnitsky, Rick Sands, Carla Ornelas, Ken Naccari and Elliot Slutzky may testify regarding the licensing of Miramax motion pictures in the New Haven area.

(10) Jon Beal, Senior Vice President/Eastern Division Manager
Mary Navarra, Vice President, District Manager
New Line Distribution, Inc.
888 Seventh Avenue
New York, NY 10106

Bob Kaplowitz, Executive Vice President, General Sales Manager
New Line Distribution, Inc.
116 North Robertson Boulevard
Los Angeles, CA 90048.

Jon Beal, Mary Navarra and Bob Kaplowitz may testify regarding the licensing of New Line Distribution, Inc. films in the New Haven area.

(11) Jim Orr, Vice President, Eastern Division Manager
Paramount Pictures Corporation
1633 Broadway
New York, NY 10019
Wayne Lewellen, President, Motion Picture Distribution
Clark Woods, Executive VP, General Sales Manager
John Hersker, Senior VP, Assistant General Sales Manager
Paramount Pictures Corporation
5555 Melrose Avenue
Hollywood, CA 90038

Jim Orr, Wayne Lewellen, Clark Woods and John Hersker may testify regarding the licensing of Paramount Pictures Corporation motion pictures in the New Haven area.

(12) James Amos, Senior Vice President, Eastern Division Sony Pictures Releasing Corporation ("SPR")
555 Madison Ave., Suite 922
New York, NY 10022

Rory Bruer, President SPR
SPR and Columbia Pictures Industries, Inc.
10202 West Washington Blvd.
Culver City, CA 90232

Tom Prassis, Vice President/Sales
Sony Pictures Classics Inc.
550 Madison Avenue, Suite 840
New York, NY 10022