James Amos and Rory Bruer may testify regarding the licensing of SPR motion pictures in the New Haven area. Tom Prassis may testify regarding the licensing of Sony Pictures Classics Inc. motion pictures in the New Haven area.

    (13)    Domenique Rocco, President of Universal Film Exchanges LLP and President of Distribution
Nicholas Carpou, Executive Vice President of UFX and General Sales Manager
Albert Quaedvlieg, Vice President of UFX and Division Sales Manager (retired)
Joan Corrado, Vice President and Branch Manager
David O'Hara, Sales Manager
Mary Ledding, Senior Vice President of UFX and Senior Vice-President, Legal Affairs, Universal Pictures
Universal Film Exchanges Inc.
100 Universal City Plaza, 2nd Floor
Universal City, CA 91608

Domenique Rocco, Nicholas Carpou, Albert Quaedvlieg, Joan Corrado, David O'Hara and Mary Ledding may testify regarding the licensing of Universal Film Exchanges, Inc. motion pictures in the New Haven area.

    (14)    Jack Foley, President, Theatrical Distribution
Focus Features (formerly USA Films, Inc.)
65 Bleeker Street, 2nd Floor
New York, New York 10012

Jack Foley may testify regarding the licensing of USA Films, Inc. motion pictures in the New Haven area.

    (15)    Theresa Craven, Boston/New Haven/Albany/Buffalo Branch Manager
Warner Bros. Distributing Inc.
35 Braintree Hill Office Park
Suite 110
Braintree, MA 02184-4316

Frank Carroll, Senior Vice President, Eastern Division Manager
Warner Bros. Distributing, Inc.

> 1325 Avenue of the Americas
> New York, NY 10019

Theresa Craven and Frank Carroll may testify regarding the licensing of Warner Bros. Distributing Inc. motion pictures in the New Haven area.

> (16)  Stephen W. Cooper
> National Amusements, Inc.
> 200 Elm Street
> Dedham, Massachusetts 02026-4536

Stephen Cooper is a film booker for National Amusements, Inc., the owner of Showcase Cinemas Orange and Showcase Cinemas North Haven. Mr. Cooper may testify regarding National Amusements exhibition decisions in the New Haven area.

> (17)  Sanjeev Khurana
> Director, Theatrical Checking and Consulting
> Sargoy, Stein, Rosen & Shapiro
> 1790 Broadway
> New York, NY 10019

Sanjeev Khurana is the Director, Theatrical Checking and Consulting for the law firm of Sargoy, Stein, Rosen & Shapiro. Mr. Khurana may testify regarding the foundation and accuracy of the information contained in certain exhibits and information provided to Mr. Priest.

> (18)  Salvatore Brancatti
> New Haven, Connecticut

Salvatore Brancatti or another current or former employee for the City of New Haven may testify regarding existing and/or potential exhibitors in the New Haven area.

9.  **DEPOSITION TESTIMONY:**

*Plaintiff:*   Plaintiff does not anticipate introducing any deposition testimony.

*Defendants:*   Defendants do not anticipate introducing any deposition testimony. However, Defendants reserve their right to designate deposition testimony as rebuttal to

the Plaintiff's case, or for impeachment purposes.

10. **EXHIBITS:**

*Plaintiff:*

(a) **Exhibits Plaintiff Expects to Offer at Trial**

1. Map of Connecticut

2. Master license agreements/contracts provided by the defendant companies

3. Booking confirmation statements/documents from the defendant companies

4. Entertainment Data, Inc. 1997-2003 annual box office totals and reports ("EDI" reports) for:

    A. Showcase Cinemas Orange
    B. Showcase Cinemas Milford
    C. Hoyt's Old Saybrook 6
    D. Hoyt's Old Saybrook Twin

5. National Association of Theatre Owners ("NATO") Annual Report volumes, 2000-2003 (provides extensive listings and charts of film releases, and releasing film companies)

6. Connecticut Transit Annual Reports, 1997-2003 (provides substantial data on ridership and operations of New Haven district bus service)

7. Business New Haven magazine, July 2003, Annual "Book of Facts" (provides demographic data of City of New Haven and surrounding towns)

8. Daily box office statement/reports for the York Square Cinemas for all dates 1993-present

9. New Haven Parking Authority report/totals of York Square Cinemas patron parking 1997-present

10. Connecticut Transit Bus Schedules for all New Haven district bus lines

11. Yale University bus/transit schedules (free service for Yale students and staff traveling in New Haven)

12. Quinnipiac University New Haven shuttle bus schedules, (free back-and-forth

24

service bringing Quinnipiac students directly to the York Square)

13. Yale University Broadway survey 1998 (comprehensive report of student needs, noting desire for ("first-run movies")

14. Wanless Marketing York Square Cinemas survey 2003 (The Wanless survey concludes that York Square attracts mostly a large demographic of Yale students who live close to the York Square and walk to the movies)

15. New Haven Arts Council monthly newsletters, presenting York Square Gallery as city arts venue, and containing monthly "buy one-get one free" coupon)

16. Boxoffice magazine annual "Concessions" issue for 2003, (highlighting importance of refreshment sales in most cinemas)

17. Boxoffice magazine issue March, 2001 highlighting "National Amusements at 65" (presents story of media control and wealth of privately-held National Amusements)

18. Photographs of York Square Cinema lobby and Marquee

19. Photograph of York Square Cinema staff

20. Photographs of Broadway transit buses

21. Publication for city visitors, 2003: "Cultural Guide to Downtown New Haven" (describes York Square's presence as a downtown cultural attraction)

22. Yale Daily News issue July 31, 1999, highlighting "YALEXICON," (York Square presented as active part of the 'Yale Vocabulary,' and "there is no first-run, mainstream theatre accessible without a car)

23. Yale Daily News story, September 5, 2003, presenting reviews of 3 York Square Films (Reviews of large numbers of York Square films are offered in Yale University student newspapers)

24. Yale Daily News story, April 18, 2003, on York Square Art Gallery (York Square events regularly covered by Yale University student press)

25. Yale Daily News editorial, September 21, 2000, "Yale Should Support York Square Lawsuit" (Editors seek participation of Yale and Attorney General in lawsuit, that York Square "fits perfectly in Yale's vision of the Broadway District.")

26. Yale Daily News story, March 4, 2003, noting York Square as hosting classes during Yale University strike (York Square presented as integral part of the Yale University academic community)

27. Yale Daily News story, November 17, 1998, "Bookstore responds to Student Feedback" (The Yale University Bookstore, contiguous with the York Square, is part of the large Yale-oriented "Broadway District")

28. Yale Daily News story, December 4, 1998, "Survey ask for Student Input on Broadway Area Stores" (Yale University seeks students' views and needs on businesses and services in the "Broadway District")

29. Yale Daily News story, March 5, 1999, "No Surprises Found in Broadway Survey Results" (Yale Daily News finds "no surprises… "The Yale University Survey of the "Broadway District" shows a significant wish for the presence of "first-run movies")

30. Yale Daily News advertisement, September 17, 2003, "Now Playing in New Haven: BROADWAY," with specific mention of York Square ("Broadway," home of the York Square, is heavily advertised as a student destination in the Yale Daily News)

31. New Haven Advocate full-page cartoon, "Give my regards to Broadway, remember me to the York Square," editorializing critically on Yale redevelopment (The York Square and Broadway are recognizable and interconnected without reference to address or location)

32. Yale Daily News full-page advertisement for The Yale Book Store, Freshman Issue, 2003, presenting location as "77 Broadway at York Square" (Yale University Bookstore is defined by its contiguous presence next to the York Square)

33. Yale Book Store announcement card, presenting location as "77 Broadway at York Square" (All Yale Bookstore advertising, including postcards, includes York Square reference)

34. Yale University schedule for classes held at York Square during March, 2003 strike (Classes are historically held at the York Square during Yale University labor strikes)

35. Yale Union "thank you" car, March 2003:  "THANKS TO YORK SQUARE CINEMA"

36. Yale Union "thank you" letter, September 25, 2003, for support during autumn

26

      strike

37. Yale faculty "thank you" letter, September 23, 2003, for support during autumn strike

38. Yale Union "thank you" plaque for support during 1985 strike

39. Yale Faculty "thank you" letter, June 6, 1985, for support during 1985 strike

40. Letter in New Haven Register, April 20, 2003, "Pulling Bus Service Targets Poor, Elderly", (regarding bus service for an elderly movie-goer "to the Sunday afternoon matinees at the York Square Cinemas," from William Ciaburri, Hamden, CT)

41. Letter to Carla Ornellas at defendant Miramax Pictures to Robert Lawinski, August 7, 2003, canceling booking of "The Magdalene Sisters" at the York Square Cinemas (document illustrating revocation and breaking of an established booking contract by Defendant Miramax, and containing handwritten response from Robert Spodick of the York Square)

42. Letter from Bruce Alexander, Vice Present, Yale University, August 27, 2003, welcoming Yale students and highlighting "The revitalized Broadway District." (Demonstrates Yale University pride and presence in the "Broadway District")

43. Letter from Scott Healy, Town Green Special Services District, August 2003, welcoming "New Yale Students:" (Demonstrates the self-contained nature of Downtown: "…within a few blocks of your dorm room, you'll… meet every one of your personal needs.")

44. Letter from New Haven Mayor DeStefano, August 2003, welcoming Yale students: "New Haven is a great place for students to live."

45. E-mail reply from Peter Spodick, October 20, 2003, to Matt Ball, Dreamworks Pictures, confirming "College Tour Screening" of Defendant DreamWorks' "House of Sand and Fog" at York Square Cinemas. (Defendant Dreamworks demonstrates the importance of the York Square for reaching Yale students)

46. New Haven Register "Movie Guide" of film listings, November 2003

47. Student sign-up sheets for York Square e-mail list, 1998-2003 (thousands of signatures collected from students on sidewalk and at box office)

48. Autumn 2003 student discount card sign-up applications designed by Wanless Marketing (re-designed for 2003 to achieve survey results)

27

49. 2002-2004 York Square student discount cards (York Square distributes free student discount cards

50. Map of Yale University campus (demonstrates York Square's presence within contiguous Yale University infrastructure)

51. "A Passion to Win," the Autobiography of Sumner Redstone, Chairman of National Amusements (story of aggressive businessman determined to "never leave a penny on the table")

52. "City," November, 2003, book by Douglas Rae, Professor, Yale School of Management, (presents study of civility and urban America, with specific focus on New Haven)

53. New Haven Comprehensive plan of Development 2003," compiled by New Haven City Planner

54. "New Haven Data Book 2002," (detailed and comprehensive presentation of City of New Haven statistics and information)

55. "New Haven Disability 1999," (detailed and comprehensive study of disabled New Haven residents)

56. "United States Census 2000," (presents tables of characteristics of New Haven and State of Connecticut residents)

57. "Broadway Plan: State Department of Transportation Project" (1994 State of Connecticut plan for Broadway District modifications)

(b)  **Exhibits Plaintiff May Offer at Trial if Need Arises**

1. Entertainment Data, Inc. 1997-2003 annual box office totals and reports ("EDI" reports) for:

    A.  Entertainment Cinemas Seymour
    B.  Dayville Cinemas
    C.  Westbrook Cinemas

2. Photographs of disabled persons on Broadway sidewalk

3. Photographs of disabled persons in York Square Cinemas

4.  Yale University Hunger and Homelessness Auction Committee letter, Fall 2003 (Appeal to York Square/"local businesses" to respond with donations")

5.  New Haven Register reporting/stories concerning Mayor DeStefano's attempt to bring Defendant Dreamworks' "Amistad" to play in New Haven (Mayor initiated unsuccessful public campaign with Stephen Speilberg to allow Amistad to play in New Haven)

6.  New Haven Register editorial praising Mayor DeStefano's "Amistad" effort

7.  In Focus Magazine, published by NATO, July 2003, "The Determinator," interview with Jonathan Mostow, writer/director of "Terminator 3." (detailing how Mostow loved working as a York Square usher, and titled Terminator 3 "The York Square Movie" to maintain secrecy while filming)

8.  Internet search results for "York Square Cinemas" (up to 721 pages of listings mentioning the York Square in travel guides and myriad ways)

9.  "Variety.com:" Top 250 films of 1993 through 2002

10. Letter from Yale Alumni Chorus regarding October, 2003 Yale benefit performance of new film "Khatchaturian" held at York Square (York Square - Yale relationship often demonstrated by Yale-oriented events at the York Square)

11. Report of screen offerings at Showcase Cinemas/Orange, by Ernst Weber (detailed listing of dozens of advertisements, games and previews on screen before film begins)

12. Letter from Defendant Sony Pictures, filed with Plaintiff's Opposition to Defendants' failed Motion for Summary Judgment, announcing that York Square would not be allowed to exhibit Sony/Columbia films in response to Plaintiff filing CUTPA complaint

13. Letter from Universal, filed with Plaintiff's Opposition to Defendants' failed Motion for Summary Judgment, announcing that York Square would not be allowed to exhibit Universal films response to Plaintiff filing CUTPA complaint

*Defendants:*

**Defendants reserve their right to introduce updated exhibits at trial and/or additional exhibits at trial in rebuttal to Plaintiff's case.**

(a)  **Exhibits Defendants Expect to Offer at Trial**

A    Map of New Haven area showing location of relevant theatres

29

| | |
|---|---|
| B | Photographs of each of the relevant theatres |
| C | Expert report of George L. Priest |
| D | Expert report of Eugene P. Ericksen |
| E | Expert report of D. Barry Reardon |
| F | Expert report of Michael Shanok |
| G | Population density map for towns in the New Haven area |
| H | Population and demographic data for the New Haven area |
| I | Exhibit summarizing driving distance between and among the relevant New Haven area theatres |
| J | Chronological chart prepared from distributor records, showing weekly grosses for all films of Defendant Distributors exhibited at the following theatres during the period January 1997 through March 2003: York Square, Showcase Orange, Showcase North Haven, Showcase Milford, Milford Fourplex, Cine 1-2-3-4, Entertainment Cinemas Seymour, and Hoyts Branford |
| K | Chronological chart prepared from EDI data, showing weekly grosses for all films exhibited at the following theatres during the period January 1997 through March 2003: York Square, Showcase Orange, Showcase North Haven, Showcase Milford, Milford Fourplex, Cine 1-2-3-4, Entertainment Cinemas Seymour, Hoyts Branford, Madison Art Cinema, Westbrook 12, and Old Saybrook 6 |
| L | Comparison of first week York Square grosses to final week Showcase Orange gross for pictures that opened at York Square <u>after</u> Showcase Orange |
| M | Comparison of day and date grosses for pictures played at (a) York Square and Hoyts Branford and (b) Showcase Orange and Hoyts Branford and (c) Showcase North Haven and Hoyts Branford |
| N | Listing and summary of first run pictures exhibited at York Square during the period January 1997 through March 2003 |
| O | Listing and summary of aggregate domestic grosses for pictures exhibited in the New Haven area during the period January 1997 through March 2003 |
| P | Sample newspaper movie clock listings |

| | |
|---|---|
| Q | Sample showtime listings from York Square Cinema's website |
| R | Exhibit summarizing screens and seating capacities for each of the relevant New Haven area theatres |
| S | Grossing comparisons for selected pictures exhibited at York Square, Showcase Orange, and Showcase North Haven |
| T | Exhibit detailing parking facilities for York Square, Showcase Orange, and Showcase North Haven |
| U | Summary of zip codes for the New Haven area |
| V | Selected newspaper articles regarding York Square Cinema |
| W | Selected material from Plaintiff's website |

**(b)    Exhibits Defendants May Offer at Trial if Need Arises**

Defendants do not anticipate the need to introduce trial exhibits other than those listed above.

**11.    ANTICIPATED EVIDENTIARY PROBLEMS/MOTIONS IN LIMINE**

*Plaintiff:*

*Defendants:*

The Defendants attach the following motions in limine to this submission:

(1)    Motion in Limine to Exclude Plaintiff's Damages Analysis (attached at Tab B);

(2)    Motion in Limine to Preclude Testimony by Ronald Wanless, to Exclude His Marketing Survey, and to Preclude the Other Expert Testimony Offered by Plaintiff (attached at Tab C); and

(3)    Motion in Limine to Exclude Testimony by Plaintiff's Trial Counsel (attached at Tab D).

Given the breadth of the witness list and exhibit list provided by Plaintiff shortly before the deadline for filing of this Joint Pre-Trial Memorandum, the Defendants