# EXHIBIT 3

```
 1   September 24, 2003, 11:06 AM                              11:06:44
 2                                                             11:06:44
 3                       EXAMINATION                           11:06:46
 4   BY MR. BOWERMAN:                                          11:06:46
 5        Q.  Mr. Wanless, we're starting the second day of    11:06:46
 6   your deposition.  First, a preliminary question.          11:06:52
 7   Since we concluded yesterday in the early afternoon,      11:06:56
 8   have you done anything between that time and this         11:06:59
 9   morning to prepare for today?                             11:07:01
10        A.  I've had some general discussion with            11:07:05
11   Mr. Spodick about our discussion yesterday, and he        11:07:06
12   told me a little bit more about this case which I         11:07:13
13   didn't know before.                                       11:07:16
14        Q.  Could you state for the record what that         11:07:16
15   discussion was?                                           11:07:19
16        A.  Discussion about the case or --                  11:07:21
17        Q.  Just your discussions with Mr. Spodick           11:07:24
18   yesterday concerning either your deposition testimony     11:07:24
19   in the morning.  Why don't we start with that first.      11:07:28
20        A.  All right.  It was very limited because          11:07:31
21   things sort of were what they were, and there were no     11:07:34
22   real comments about that, work background, everything     11:07:41
23   else.  It is what it is.  And then they gave me a         11:07:44
24   little more overview about this case, and as I told       11:07:53
25   you yesterday and I told him, you know, my report was     11:07:57
```

1

| | | |
|---|---|---|
| 1 | for marketing purposes, and I'm not quite sure how | 11:08:00 |
| 2 | it's relevant to what both of you are doing, but | 11:08:04 |
| 3 | that's not for me to decide. | 11:08:08 |
| 4 | Q. Anything else? | 11:08:11 |
| 5 | A. No. | 11:08:12 |
| 6 | Q. And so I take it, sir, as you testified | 11:08:12 |
| 7 | yesterday, you haven't been retained in this case to | 11:08:17 |
| 8 | provide any testimony; is that correct? | 11:08:21 |
| 9 | A. No. | 11:08:22 |
| 10 | Q. And you have no intention of coming to court | 11:08:22 |
| 11 | in Connecticut should the matter go to trial; is that | 11:08:24 |
| 12 | correct? | 11:08:27 |
| 13 | A. I haven't been asked to do that, no, and I am | 11:08:27 |
| 14 | ill. So I think it would be a moot question, but I | 11:08:30 |
| 15 | haven't been asked. | 11:08:35 |
| 16 | Q. I think when we left off yesterday, I was | 11:08:40 |
| 17 | about to ask you some questions about the report in | 11:08:44 |
| 18 | you did, in fact, prepare, the one that's dated | 11:08:47 |
| 19 | February 17, 2003. I believe it's been marked Exhibit | 11:08:50 |
| 20 | 1, sir. I believe you have it in front of you; is that | 11:08:52 |
| 21 | right? | 11:08:56 |
| 22 | A. Yes. | 11:08:56 |
| 23 | Q. Why don't we just go through it, and I'll ask | 11:08:59 |
| 24 | you some general questions about it. | 11:09:02 |
| 25 | (Pause in proceedings.) | 11:09:22 |

**EXHIBIT 4**

# Wanless Marketing

733 Huntley Drive, Suite 2
Los Angeles, CA 90069
Phone: 310-659-6954   310-659-6331
Fax: 310-659-8151
ronwanless@aol.com

## YORK SQUARE CINEMA PATRON RESEARCH STUDY

Febuary 17, 2003

# KEY FINDINGS

- The York Square audience is <u>YOUNG,</u> with 71% falling within the 18 to 34 year old demographic, 55% are in the prime 18 to 24 year old slot.

- A significant portion of the York Square audience from the combined groups lives <u>VERY CLOSE</u> to the theater, with 80% reporting their residence to be five miles or less from the theater.

- 73% of the audience reports that they live so close that they <u>WALK</u> to the theatre when they come.

- 71% of York Square customers surveyed come from the <u>YALE</u> University community.

- The York Square customer is a FREQUENT MOVIE-GOER. 76% go to the movies at least once a month, 46% go more often.

- The York has virtually no patrons under the age of 18.

3

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was hand-delivered on November 14, 2003 to the following:

Peter C. Spodick, Esq.
592 Central Avenue
New Haven, CT 06515

_____
Ben A. Solnit ct00292

**EXHIBIT C**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BROADWAY THEATRE CORP., | : | Civil Action No.: 3:00-CV-00706 (SRU) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| BUENA VISTA PICTURES | : | |
| DISTRIBUTION, et al., | : | |
|     Defendants | : | November 14, 2003 |

### MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S DAMAGES ANALYSIS

Pursuant to Paragraph 11 of this Court's Pre-Trial Order, defendants respectfully request the entry of an order precluding plaintiff from offering into evidence at the trial his March 3, 2003 "Analysis of Damages." As set forth in the memorandum of law accompanying this motion, this analysis is based on speculation, employs the wrong measurement, and lacks any causal connection. It is therefore inadmissible.

**ORAL ARGUMENT IS REQUESTED**

THE DEFENDANTS,
BUENA VISTA PICTURES DISTRIBUTION, et al.

BY: _____
Richard W. Bowerman (ct04181)
Ben A. Solnit (ct00292
Elizabeth K. Andrews (ct20986)
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT   06509-1910
Tel. No.:      203.784.8200
Fax. No.:     203.865.7865
E-Mail:        bowerman@tylercooper.com
               solnit@tylercooper.com
               eandrews@tylercooper.com

2