00cv706motextthmedisc/01003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLERK
U.S. DISTRICT COURT

Oct 10  4 41 PM '03

FILED

| | |
|---|---|
| BROADWAY THEATRE CORP. | ) |
| | ) |
| | ) |
| | ) |
| V. | ) CIVIL ACTION NO: 300-CV00706 (SRU) |
| | ) |
| | ) |
| | ) |
| BUENA VISTA PICTURES | ) |
| DISTRIBUTION, ET AL. | ) OCTOBER 10, 2003 |

**MOTION TO EXTEND TIME FOR DISCOVERY**

The Plaintiff, Broadway Theatre Corporation, respectfully asks this Court to extend the time limit for the Plaintiff to pursue discovery with requests for answers to interrogatories and requests for the production of documents.

The closing date for discovery of these matters was May 31, 2001. A single request for the production of documents, with document dates no later than January 31, 2001, was served on the 12 Defendants. No interrogatories have been answered beyond 14 questions posed on March 01, 2001. There has been minimal burden, and no continuing burden, for the production of evidence placed upon the 12 Defendants or their counsel.

More than two and one-half years have passed since the closing date. Many deadlines have been extended, far beyond the trial readiness schedule anticipated in 2000. Many new questions have been raised, and many new facts and actions have transpired. The

DENIED as moot. So ordered.
Stefan R. Underhill
United States District Judge
11/24/03