HONORABLE Stefan Underhill
DEPUTY CLERK Montz    RPTR/ERO/TAPE Catucci

TOTAL TIME: ___ hours  7  minutes

DATE  12-9-03    START TIME  10:10    END TIME  10:17
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO.  3:00cv706 (SRU)

Broadway
vs.
Buena Vista

§
§
§  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

Paul Spodick
Plaintiffs Counsel

Solnit, Rosen, Andrews
Bowerman
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☒ ....... ☒ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to _____
☐ ....... ☐ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until _____
☐ .... # __ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .... # __ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .... # __ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .... # __ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ....... _____   ☐ filed ☐ docketed
☐ ....... _____   ☐ filed ☐ docketed
☐ ....... _____   ☐ filed ☐ docketed
☐ ....... _____   ☐ filed ☐ docketed
☐ ....... _____ # jurors present
☐ ....... Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☐ ....... Voir Dire by Court
☐ ....... Peremptory challenges exercised (See attached)
☐ ....... Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☐ ....... Remaining jurors excused
☐ ....... Discovery deadline set for _____
☐ ....... Disposition Motions due _____
☐ ....... Joint trial memorandum due _____
☒ ..Court Trial continued until  5/10/04  at  9:00  A.M.    3 week trial
                                                            ☐ COPY TO: JURY CLERK