UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 15  A 9:54

US DISTRICT COURT
BRIDGEPORT CT

BROADWAY THEATRE CORP.          :
                                :
                                :
                                :
v.                              :    Civ. Action No.
                                :    300-CV-00706 (SRU)
                                :
                                :
                                :
BUENA VISTA PICTURES            :
DISTRIBUTION, ET AL.            :    JANUARY 15, 2004

## APPEARANCE

To the Clerk of this court and all parties of record enter my appearance as counsel in this case for the Plaintiff Broadway Theatre Corporation.

_____
Sara V. Spodick

ct 25487

160 Farmington Avenue

Farmington, Connecticut 06032

Telephone (860) 255-5063

Fax        (860) 677-4549

saraspo@aol.com

CERTIFICATION OF SERVICE

      This is to certify that the foregoing Appearance was mailed on the 15th of January 2004 to the following:

Richard W. Bowerman
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, CT 06509

Elizabeth K. Andrews
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, CT 06509

Benjamin A. Solnit
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, CT 06509

Jonathan H. Beamon
Assistant Corporate Counsel
Office of Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510

Sara V. Spodick
ct 25487