UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

January 15, 2004

10:00 a.m.

*Held*
*4 hours*

CASE NO. <u>00cv706 (SRU)</u>   <u>Broadway Theatre Corp. V Buena Vista Pictures Distribution, et al</u>

Elizabeth K. Andrews
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910


Jonathan H. Beamon
Corporation Counsel's Office
165 Church St.
New Haven, CT 06510


Richard W. Bowerman
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910


Benjamin A. Solnit
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910


Peter C. Spodick   */ Sara Spodick - filing appear.*
592 Central Ave.
New Haven, CT


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK