UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 19 P 2: 42

BROADWAY THEATRE CORP.    :

v.    :    Civ. Action No.
       :    300-CV-00706 (SRU)

BUENA VISTA PICTURES
DISTRIBUTION, ET AL.    :    FEBRUARY 19, 2004


## MOTION FOR WITHDRAWAL

Attorney Sara V. Spodick moves this court for an order relieving her and Reiner, Reiner & Bendett, P.C. as attorney of record for the Plaintiff Broadway Theatre Corporation. Attorney Peter C. Spodick will remain Plaintiff's counsel and attorney of record in this case.

The grounds for this motion are that the Plaintiff has terminated its representation by Attorney Sara V. Spodick. The undersigned consent to the withdrawal and certify that this withdrawal will not delay the proceedings in this matter.

_____
Robert C. Spodick
Broadway Theatre Corporation
Date: 2/17/04

_____
Sara V. Spodick, Esq.
Reiner, Reiner & Bendett, PC
160 Farmington Avenue
Farmington, CT 06032

Date:_____

_____, ESQ.
Peter C. Spodick, Esq.

Date: 2/17/04

_____
Sara V. Spodick
ct 25487
160 Farmington Avenue
Farmington, Connecticut 06032
Telephone (860) 255-5063
Fax         (860) 677-4549

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BROADWAY THEATRE CORP.          :
                                :
                                :
v.                              :     Civ. Action No.
                                :     300-CV-00706 (SRU)
                                :
                                :
BUENA VISTA PICTURES            :
DISTRIBUTION, ET AL.            :

ORDER GRANTING WITHDRAWAL

The foregoing motion having been duly noticed by this Court, it is hereby

ORDERED that:

Attorney Sara V. Spodick and Reiner, Reiner & Bendett, P.C. are relived as attorney of record for the Plaintiff Broadway Theatre Corporation.

BY THE COURT

Dated:_____         _____
                               Stefan J. Underhill
                               United States District Judge

## CERTIFICATION OF SERVICE

This is to certify that the foregoing Motion was mailed on the 19 of February 2004 to the following:

Richard W. Bowerman
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, CT 06509

Elizabeth K. Andrews
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, CT 06509

Benjamin A. Solnit
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, CT 06509

Jonathan H. Beamon
Assistant Corporate Counsel
Office of Corporation Counsel
City of New Haven
165 Church Street, 4th Floor
New Haven, CT 06510

Sara V. Spodick
ct 25487