UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BROADWAY THEATRE CORP.                 :
                                        :
                                        :
v.                                      :      Civ. Action No.
                                        :      300-CV-00706 (SRU)
                                        :
                                        :
BUENA VISTA PICTURES                    :
DISTRIBUTION, ET AL.                    :      FEBRUARY 19, 2004

## MOTION FOR WITHDRAWAL

Attorney Sara V. Spodick moves this court for an order relieving her and Reiner, Reiner & Bendett, P.C. as attorney of record for the Plaintiff Broadway Theatre Corporation. Attorney Peter C. Spodick will remain Plaintiff's counsel and attorney of record in this case.

The grounds for this motion are that the Plaintiff has terminated its representation by Attorney Sara V. Spodick. The undersigned consent to the withdrawal and certify that this withdrawal will not delay the proceedings in this matter.

_____
Robert C. Spodick
Broadway Theatre Corporation

Date: 2/17/04

MOTION GRANTED.
SO ORDERED.
Stefan R. Underhill, U.S.D.J.
2/23/04