UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 31  P 12: 42

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| BROADWAY THEATRE CORP. | ) | |
| | ) | |
| | ) | |
| | ) | |
| V. | ) CIVIL ACTION NO: 300-CV00706 (SRU) | |
| | ) | |
| | ) | |
| | ) | |
| BUENA VISTA PICTURES | ) | |
| DISTRIBUTION, ET AL. | ) MARCH 30, 2004 | |

### PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTIONS IN LIMINE
### FOR FAILURE TO PROVIDE PROPER NOTICE AND SERVICE

The Plaintiff respectfully asks this Court to deny the Defendants' Motions in Limine,

dated November 14, 2003. The Motions have not been properly served. The Plaintiff did

not receive notice of the filings or of the existence of the Motions.

The Plaintiff and the Defendants cooperated on the preparation of the Parties Joint

Pre-Trial Memorandum, to be filed on November 14, 2003. Counsel received draft

copies of the memorandum prior to that filing. This memorandum was then filed with

this Court.

A copy of the filing was delivered to Plaintiff counsel by Defendants' counsel.

Defendants' counsel provided a cover letter addressed to Judge Underhill stating: "I

enclose a courtesy copy of the Parties' Joint Pre-Trial Memorandum in the above matter.

Pursuant to the Court's Order, also enclosed is a copy of the Memorandum in WordPerfect format on CD-ROM."

Plaintiff counsel discovered only this week that appended to the Memorandum are the Defendants' Motions. Defendants' Motions exist as a part of the parties joint filing. There is no reference to "Motions in Limine," or any other filing, on the envelope or the cover letter to the Court. The presentation to the Plaintiff is a single document.

Presented under the cover letter is the document entitled: **PARTIES' JOINT PRE-TRIAL MEMORANDUM.** Page one of the Memorandum is identical to the draft copy, which plaintiff counsel has been using when referencing the filing.

The filed copy, apparently identical to the draft copy, has remained in its envelope until this week. Defendants' Motions are seamlessly-appended. The entire filing is contained by a single staple. Plaintiff counsel discovered the Motions only this week, when reviewing Defendants' portion of the Memorandum.

The Defendants' counsel are a large, experienced firm. They are certainly aware that their perceived economy is unfair, harmful and prejudicial to the Plaintiff.

For the foregoing reasons, the Plaintiff respectfully asks this Court to deny the Defendants' Motions as having been improperly served, and without proper notice to the Plaintiff.

THE PLAINTIFF


BROADWAY THEATRE CORPORATION


By _____

      Peter C. Spodick (ct 408103)

      592 Central Avenue ct 21571

      New Haven, Connecticut  06515

      203 387 5714     203 389 5732 (fax)

CERTIFICATION OF SERVICE

The defendant certifies that a copy of this motion was posted, by first class mail, pre-paid, this day, March 30, 2004, to:

Elizabeth Andrews, Esq.
Richard Bowerman, Esq.
Ben A. Solnit, Esq.
Tyler, Cooper and Alcorn
205 Church Street
New Haven, Connecticut
06510

_____
Peter C. Spodick  ct 408103

# Tyler Cooper
# & Alcorn, LLP

*Counsellors at Law*

To:

Peter Spodick
592 Central Avenue
New Haven, Connecticut

HAND DELIVERY

205 Church Street  P.O. Box 1936  New Haven, CT  06509-1910



# Tyler Cooper
# & Alcorn, LLP

*Counsellors at Law*

Elizabeth K. Andrews
203.784.8540
Fax: 203.865.7865
eandrews@tylercooper.com

205 Church Street
P.O. Box 1936
New Haven, CT
06509-1910
203.784.8200

New Haven
Hartford
Stamford
Madison

November 14, 2003

**VIA HAND DELIVERY**

The Honorable Stefan R. Underhill
United States District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Re:     *Broadway Theatre Corp. v. Buena Vista Pictures Distribution, et al.*
        *Civil Action No.: 300-CV-00706 (SRU)*

Dear Judge Underhill:

I enclose a courtesy copy of the Parties' Joint Pre-Trial Memorandum in the above matter. Pursuant to the Court's Order, also enclosed is a copy of the Memorandum in WordPerfect format on CD-ROM. Please do not hesitate to contact me with any concerns. Thank you.

Very truly yours,

Elizabeth K. Andrews

EKA/nsa
Enclosure
cc:     Peter C. Spodick (w/enclosed document)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BROADWAY THEATRE CORP.                    )
                                          )
                                          )
                                          )
V.                                        )    CIVIL ACTION NO: 3:00-CV-00706 (SRU)
                                          )
                                          )
                                          )
BUENA VISTA PICTURES                      )
DISTRIBUTION, ET AL.                      )    NOVEMBER 14, 2003

## PARTIES' JOINT PRE-TRIAL MEMORANDUM

*The Defendants have based all components of this pre-trial memorandum upon their understanding of Plaintiff's claims based upon the facts and evidence developed to date. Should circumstances require, Defendants respectfully reserve their right to modify any and all portions of this pre-trial memorandum.*

1.    **TRIAL COUNSEL:**

Plaintiff:       Peter C. Spodick
                 592 Central Avenue
                 New Haven, Connecticut 06515
                 Tel.: (203) 785 9628
                 Fax: (203) 773 3104
                 peterspodick@aol.com

Defendants:      Richard W. Bowerman ct 04181
                 Benjamin A. Solnit ct 00292
                 Elizabeth K. Andrews ct 20986
                 Tyler Cooper & Alcorn, LLP
                 205 Church Street
                 Post Office Box 1936
                 New Haven, Connecticut 16509-1910
                 Tel.: (203) 784-8200
                 Fax.: (203) 865-7865
                 bowerman@tylercooper.com
                 solnit@tylercooper.com
                 eandrews@tylercooper.com