UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 22  P 3:51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| BROADWAY THEATRE CORP. ) | |
| ) | |
| V. ) | CIVIL ACTION NO: 3:00-CV-00706 (SRU) |
| ) | |
| BUENA VISTA PICTURES ) | |
| DISTRIBUTION, COLUMBIA ) | |
| PICTURES INDUSTRIES, INC., ) | |
| DREAMWORKS DISTRIBUTION L.L.C., ) | |
| LIONS GATE FILMS INC., ) | |
| METRO-GOLDWYN-MAYER ) | |
| DISTRIBUTION CO., MIRAMAX FILM ) | |
| CORP., NEW LINE CINEMA ) | |
| CORPORATION, PARAMOUNT ) | |
| PICTURES CORPORATION, SONY ) | |
| PICTURES RELEASING ) | |
| CORPORATION, UNIVERSAL FILM ) | |
| EXCHANGES, INC., WARNER BROS. ) | |
| DISTRIBUTING, AND USA FILMS, LLC ) | MARCH 22, 2004 |

**DEFENDANTS' REPLY TO PLAINTIFF'S OBJECTION TO
DEFENDANTS' MOTIONS IN LIMINE**

On March 15, 2004, Plaintiff, Plaintiff Broadway Theatre Corp. ("Plaintiff") filed an Objection to Defendants' Motions in Limine. The basis for Plaintiff's Objection is that it allegedly did not receive proper notice and service of the Motions. In addition to being filed nearly four months after the Court ordered deadline of November 21, 2003, Plaintiff's Objection is riddled with significant misrepresentations and articulates no substantive, legal or equitable basis for the denial of Defendant's Motions in Limine.

**ORAL ARGUMENT REQUESTED**

In July 2003, the Court ordered the parties to "jointly submit, one continuous document signed by counsel for all parties, a final pretrial memorandum...by **November 14, 2003**." (emphasis in original). In Paragraph 11 of the Pre-Trial Order, the Court further ordered the parties to "attach all motions in limine together with supporting memoranda" to the final pretrial memorandum. Id. at ¶ 11. Additionally, this Court ordered that "[a]ny memorandum in opposition to a motion in limine shall be filed within seven (7) days after the filing of the motion." Id.

In accordance with the Court's order, the parties filed their Joint Pre-Trial Memorandum on November 14, 2003. Attached at tabs B, C and D were Defendants' three Motions in Limine. Id. at Tabs B, C and D. In its Objection, Plaintiff admits that "[a] copy of the [Joint Pre-Trial Memorandum] was delivered to Plaintiff counsel by Defendants' counsel," and attaches the corresponding cover letter dated November 14, 2003, as well as a copy of the envelope label indicating that the document was "hand delivered." Plaintiff never responded to Defendants' Motions.

On December 9, 2003, the parties appeared before this Court for a Calendar Call. During the Call, the parties, together with the Court, discussed evidentiary issues that would need to be addressed prior to the commencement of trial, including Defendants' Motions in Limine. On January 15, 2004, the parties appeared before the Honorable William I. Garfinkel to participate in a settlement conference. Again, the pending Motions in Limine were discussed. Finally, the undersigned counsel represents that during multiple telephone calls and meetings with Plaintiff's counsel, the Motions in Limine and the evidentiary issues raised therein were referenced.

Plaintiff's claims, nearly four months after the date on which objections were to be filed,

2

that it was completely unaware of the Motions in Limine is disingenuous and lacks credibility. Plaintiff admits that it received a copy of the Pre-Trial Memorandum in a timely manner in its Objection. Plaintiff also admits that its counsel did not read the submission "until this week." Plaintiff's complete lack of diligence in reviewing Defendants' timely filings, as well as its extraordinarily tardy filing of an objection thereto is inexcusable. A denial of Defendants' Motions in Limine on this basis would be extremely prejudicial, and Plaintiff's Objection should be overruled.

THE DEFENDANTS

By _____
Richard W. Bowerman (ct 04181)
Ben A. Solnit (ct 00292)
Elizabeth K. Andrews (ct 20986)
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, Connecticut 06509

(203) 784-8200 (tel.)
(203) 865-7865 (fax)
e-mail: bowerman@tylercooper.com
        solnit@tylercooper.com
        eandrews@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served via first-class mail on March 22, 2004 to the following:

Peter C. Spodick, Esquire
592 Central Avenue
New Haven, Connecticut 06515

Elizabeth K. Andrews (ct 20986)