# VARIETY.com

*Reed Business Information*

Welcome PETER SPODICK (Clic

Advertise | Contact Us | Help | Link to U

| FILM | TV | WORLD | BUSINESS | MUSIC | HOME ENT | LEGIT | INTERNET | LEGAL
NEWS | COLUMNS | REVIEWS | CHARTS | BOX OFFICE | EVENTS | VPAGE | SPECIAL REP

Home > Weekly Box Office, Apr. 2 - 8, 2004 > Box Office Film History > Box Office Film History > Top 250    Last Updated **Apr. 12,** Films of 2003

## it's all about ... YOU!!!



**SUBSCRIPTIONS**
Variety.com
Variety in Print
Email Newsletters
Print Subscribers:
  Register for Access
Update Account
Customer Service

**SECTIONS**
News
Columnists
Reviews
Hot Topics
Obituaries
People
VPage Photos
V Features
Perspectives
Letters to the Editor
Weblogs

*VARIETY 25% off*

**SPECIAL REPORTS**
Awards
Festivals
Markets
Additional Reports
Editorial Calendar
Submit Listings
VScreenings

**TOOLS**
Search:
  Archives
  The Vault
Browse by Date
Discussion Boards
Showbiz Calendar
Variety Slang

**CHARTS & DATA**
Box Office
TV Production

**FILM**

HAVE Variety headlines delivered daily by email

Top 250 films all-time | Highest all-time box office openers | Current B.O.

## Top 250 Films of 2003

Choose Year: 2003  [Go]

| Rank | Film (Studio) | $ This Year | $ Domestic Total |
|---|---|---|---|
| 1 | FINDING NEMO (BV) | $339,714,978 | $339,714,978 |
| 2 | PIRATES OF CARIBBEAN: CURSE... (BV) | $305,413,918 | $305,413,918 |
| 3 | LORD OF THE RINGS: RETURN KING (NEW LINE) | $298,111,838 | $375,204,550 |
| 4 | THE MATRIX RELOADED (WB) | $281,519,061 | $281,519,061 |
| 5 | BRUCE ALMIGHTY (UNIV) | $242,614,125 | $242,704,995 |
| 6 | X2: X-MEN UNITED (FOX) | $214,949,694 | $214,949,694 |
| 7 | ELF (NEW LINE) | $171,233,298 | $173,398,518 |
| 8 | CHICAGO (MIRAMAX) | $159,207,154 | $170,687,518 |
| 9 | TERMINATOR 3: RISE OF MACHINES (WB) | $150,358,296 | $150,358,296 |
| 10 | BAD BOYS 2 (SONY) | $138,396,624 | $138,396,624 |
| 11 | THE MATRIX REVOLUTIONS (WB) | $138,358,821 | $139,270,910 |
| 12 | ANGER MANAGEMENT (SONY) | $133,805,317 | $134,403,613 |
| 13 | BRINGING DOWN THE HOUSE (BV) | $132,582,467 | $132,582,467 |
| 14 | THE HULK (UNIV) | $132,135,870 | $132,175,874 |
| 15 | 2 FAST 2 FURIOUS (UNIV) | $127,094,445 | $127,145,654 |
| 16 | SEABISCUIT (UNIV) | $120,170,960 | $120,170,960 |
| 17 | S.W.A.T. (SONY) | $116,643,346 | $116,643,346 |
| 18 | SPY KIDS 3D: GAME OVER (MIRAMAX) | $111,685,000 | $111,761,982 |
| 19 | FREAKY FRIDAY (BV) | $110,195,485 | $110,230,332 |
| 20 | SCARY MOVIE 3 (MIRAMAX) | $109,607,992 | $110,003,217 |
| 21 | THE ITALIAN JOB (PAR) | $106,128,601 | $106,128,601 |
| 22 | HOW TO LOSE A GUY IN 10 DAYS (PAR) | $105,813,373 | $106,094,499 |
| 23 | AMERICAN WEDDING (UNIV) | $104,392,315 | $104,440,899 |
| 24 | DADDY DAY CARE (SONY) | $104,168,781 | $104,297,061 |
| 25 | DAREDEVIL (FOX) | $102,543,518 | $102,543,518 |

**Weekend:**
Apr. 9 - Apr.

1 The Pass Christ
2 Hellboy
3 Johnson F Vacation
3 The Alam
5 Walking T
6 Home on
7 Scooby-D Monsters
8 The Whol Yards
9 Ella Ench
10 The Girl I

*estin view*

Film Production
Additional Charts
  and Data

FREE
eVents
Classifieds
Variety Around
  The World
Industry Links
Handheld Access
Variety Store



| # | Title | Gross | Cumulative |
|---|---|---|---|
| 26 | CHARLIE'S ANGELS:FULL THROTTLE (SONY) | $100,785,217 | $100,785,217 |
| 27 | DR. SEUSS' THE CAT IN THE HAT (UNIV) | $99,536,560 | $100,483,350 |
| 28 | THE LAST SAMURAI (WB) | $92,630,908 | $111,110,575 |
| 29 | LEGALLY BLONDE 2: RED, WHITE.. (MGM/UA) | $89,920,669 | $89,920,669 |
| 30 | CHEAPER BY THE DOZEN (FOX) | $89,396,493 | $137,881,750 |
| 31 | SOMETHING'S GOTTA GIVE (SONY) | $84,787,955 | $124,590,960 |
| 32 | BROTHER BEAR (BV) | $83,403,009 | $85,329,248 |
| 33 | MASTER AND COMMANDER: THE ... (FOX) | $83,391,867 | $93,705,590 |
| 34 | FREDDY VS. JASON (NEW LINE) | $82,217,464 | $82,217,464 |
| 35 | SCHOOL OF ROCK (PAR) | $80,324,776 | $81,261,177 |
| 36 | THE TEXAS CHAINSAW MASSACRE (NEW LINE) | $80,168,406 | $80,168,406 |
| 37 | OLD SCHOOL (DREAMWORK) | $74,663,422 | $75,199,187 |
| 38 | LORD OF THE RINGS: TWO TOWERS (NEW LINE) | $73,081,919 | $341,748,130 |
| 39 | THE HAUNTED MANSION (BV) | $70,816,749 | $75,759,571 |
| 40 | KILL BILL VOL. 1 (MIRAMAX) | $69,677,818 | $69,904,450 |
| 41 | HOLES (BV) | $67,364,889 | $67,364,889 |
| 42 | KANGAROO JACK (WB) | $66,746,137 | $66,746,137 |
| 43 | THE LEAGUE OF EXTRAORDINARY... (FOX) | $66,465,204 | $66,465,204 |
| 44 | LARA CROFT TOMB RAIDER THE... (PAR) | $65,660,196 | $65,660,196 |
| 45 | SHANGHAI KNIGHTS (BV) | $60,476,872 | $60,476,872 |
| 46 | CATCH ME IF YOU CAN (DREAMWORK) | $59,729,484 | $164,580,218 |
| 47 | GOTHIKA (WB) | $58,356,846 | $59,600,377 |
| 48 | OPEN RANGE (BV) | $58,331,254 | $58,331,254 |
| 49 | LOVE ACTUALLY (UNIV) | $57,683,690 | $59,393,405 |
| 50 | BAD SANTA (MIRAMAX) | $57,624,654 | $60,060,328 |
| 51 | JUST MARRIED (FOX) | $56,127,162 | $56,127,162 |
| 52 | ONCE UPON A TIME IN MEXICO (SONY) | $55,845,943 | $55,845,943 |
| 53 | MYSTIC RIVER (WB) | $54,459,591 | $88,955,308 |
| 54 | THE RECRUIT (BV) | $52,802,140 | $52,802,140 |
| 55 | MONA LISA SMILE (SONY) | $52,500,232 | $63,695,760 |
| 56 | RADIO (SONY) | $51,854,967 | $52,277,485 |
| 57 | IDENTITY (SONY) | $51,532,867 | $52,131,264 |
| 58 | UNDERWORLD (SONY) | $51,483,949 | $51,483,949 |
| 59 | ABOUT SCHMIDT (NEW LINE) | $49,816,533 | $65,010,106 |
| 60 | RUNAWAY JURY (FOX) | $49,050,781 | $49,443,628 |
| 61 | THE JUNGLE BOOK 2 (BV) | $47,901,582 | $47,901,582 |
| 62 | AGENT CODY BANKS (MGM/UA) | $47,811,138 | $47,811,138 |
| 63 | THE RUNDOWN (UNIV) | $47,611,425 | $47,611,425 |
| 64 | COLD MOUNTAIN (MIRAMAX) | $47,458,716 | $95,278,095 |
| 65 | PHONE BOOTH (FOX) | $46,566,212 | $46,566,212 |
| 66 | FINAL DESTINATION 2 (NEW LINE) | $46,491,714 | $46,491,714 |
| 67 | 28 DAYS LATER (FOXSEARCH) | $45,064,915 | $45,064,915 |
| 68 | TEARS OF THE SUN (SONY) | $43,426,961 | $43,426,961 |
| 69 | UNDER THE TUSCAN SUN (BV) | $43,371,830 | $43,610,723 |
| 70 | THE LIZZIE MCGUIRE MOVIE (BV) | $42,717,939 | $42,717,939 |

Ads
Buy Fil
Produc
Selectio
Prices, F
with $49
Trusted

Film
Find the
Compar
Reviews
CNET S

Sunday, Ap
Top Show
 Extreme
 Makeover:
 (ABC)
Top Shows
 Nick & Jes
 Variety Ho
 Extreme
 Makeover:
 Edition (AE
 Alias (ABC
Networks
 ABC
 CBS
 FOX
 NBC
from Nielsen
 prelimi
 view ra

Learn
Variety
RSS / :

| | | | |
|---|---|---|---|
| 71 | SECONDHAND LIONS (NEW LINE) | $41,521,369 | $41,521,369 |
| 72 | PAYCHECK (PAR) | $41,296,726 | $53,790,451 |
| 73 | OUT OF TIME (MGM/UA) | $41,070,138 | $41,088,845 |
| 74 | THE HOURS (PAR) | $40,319,163 | $41,675,994 |
| 75 | RUGRATS GO WILD (PAR) | $39,402,572 | $39,402,572 |
| 76 | HEAD OF STATE (DREAMWORK) | $37,845,424 | $38,073,775 |
| 77 | GOOD BOY! (MGM/UA) | $37,653,951 | $37,654,948 |
| 78 | UPTOWN GIRLS (MGM/UA) | $36,947,411 | $37,179,530 |
| 79 | MATCHSTICK MEN (WB) | $36,886,006 | $36,886,006 |
| 80 | WHAT A GIRL WANTS (WB) | $36,017,014 | $36,017,014 |
| 81 | PETER PAN (UNIV) | $35,826,145 | $48,439,890 |
| 82 | NATIONAL SECURITY (SONY) | $35,764,982 | $35,764,982 |
| 83 | JEEPERS CREEPERS 2 (MGM/UA) | $35,209,086 | $35,667,218 |
| 84 | INTOLERABLE CRUELTY (UNIV) | $35,188,940 | $35,188,940 |
| 85 | CRADLE 2 THE GRAVE (WB) | $34,612,814 | $34,612,814 |
| 86 | MALIBU'S MOST WANTED (WB) | $34,340,148 | $34,340,148 |
| 87 | THE HUNTED (PAR) | $34,244,097 | $34,316,472 |
| 88 | DREAMCATCHER (WB) | $33,700,070 | $33,700,070 |
| 89 | BEND IT LIKE BECKHAM (FOXSEARCH) | $32,543,449 | $32,543,449 |
| 90 | DARKNESS FALLS (SONY) | $32,131,483 | $32,131,483 |
| 91 | LOST IN TRANSLATION (FOCUS) | $31,772,921 | $44,585,453 |
| 92 | STUCK ON YOU (FOX) | $31,503,154 | $33,832,741 |
| 93 | THE PIANIST (FOCUS) | $31,149,303 | $32,543,589 |
| 94 | THE CORE (PAR) | $31,116,849 | $31,186,896 |
| 95 | THE FIGHTING TEMPTATIONS (PAR) | $30,250,745 | $30,250,745 |
| 96 | HOLLYWOOD HOMICIDE (SONY) | $30,044,276 | $30,940,691 |
| 97 | HONEY (UNIV) | $29,040,995 | $30,239,140 |
| 98 | JOHNNY ENGLISH (UNIV) | $27,988,610 | $28,082,366 |
| 99 | GANGS OF NEW YORK (MIRAMAX) | $27,601,768 | $77,697,706 |
| 100 | BASIC (SONY) | $26,536,120 | $26,536,120 |
| 101 | SINBAD: LEGEND OF THE SEVEN... (DREAMWORK) | $26,308,852 | $26,426,368 |
| 102 | A MAN APART (NEW LINE) | $26,247,882 | $26,247,882 |
| 103 | DUMB AND DUMBERER: WHEN... (NEW LINE) | $26,166,340 | $26,166,340 |
| 104 | THE MISSING (SONY) | $26,150,419 | $26,951,236 |
| 105 | BULLETPROOF MONK (MGM/UA) | $23,346,463 | $23,358,708 |
| 106 | PIGLET'S BIG MOVIE (BV) | $23,103,423 | $23,103,423 |
| 107 | DICKIE ROBERTS: FORMER ... (PAR) | $22,738,671 | $22,738,671 |
| 108 | THE MEDALLION (SONY) | $22,119,977 | $22,225,689 |
| 109 | BIKER BOYZ (DREAMWORK) | $21,731,379 | $21,906,866 |
| 110 | COLD CREEK MANOR (BV) | $21,386,011 | $21,386,011 |
| 111 | TWO WEEKS NOTICE (WB) | $21,163,278 | $93,323,136 |
| 112 | CABIN FEVER (LIONSGATE) | $21,158,188 | $21,158,188 |
| 113 | WHALE RIDER (NEWMARKET) | $20,779,666 | $20,779,666 |
| 114 | LOONEY TUNES: BACK IN ACTION (WB) | $20,717,143 | $20,960,862 |

| | | | |
|---|---|---|---|
| 115 | LOVE DON'T COST A THING (WB) | $20,480,559 | $21,905,267 |
| 116 | THE IN-LAWS (WB) | $20,453,431 | $20,453,431 |
| 117 | DOWN WITH LOVE (FOX) | $20,305,251 | $20,305,251 |
| 118 | THE LIFE OF DAVID GALE (UNIV) | $19,626,240 | $19,955,598 |
| 119 | TIMELINE (PAR) | $19,125,356 | $19,481,943 |
| 120 | A MIGHTY WIND (WB) | $17,521,077 | $17,781,006 |
| 121 | DELIVER US FROM EVA (FOCUS) | $17,366,495 | $17,366,495 |
| 122 | CONFESSIONS OF DANGEROUS MIND (MIRAMAX) | $15,781,503 | $16,007,718 |
| 123 | ADAPTATION (SONY) | $15,726,924 | $22,418,199 |
| 124 | SPACE STATION 3-D (IMAX) | $15,651,670 | $48,750,953 |
| 125 | VIEW FROM THE TOP (MIRAMAX) | $15,597,437 | $15,597,437 |
| 126 | MY BOSS'S DAUGHTER (MIRAMAX) | $15,550,605 | $15,550,605 |
| 127 | A GUY THING (MGM/UA) | $15,544,036 | $15,545,431 |
| 128 | WRONG TURN (FOX) | $15,418,790 | $15,418,790 |
| 129 | GHOSTS OF THE ABYSS (BV) | $15,290,096 | $15,724,306 |
| 130 | MAID IN MANHATTAN (SONY) | $15,134,574 | $94,011,225 |
| 131 | ANTWONE FISHER (FOXSEARCH) | $14,426,323 | $21,078,145 |
| 132 | ALEX & EMMA (WB) | $14,218,698 | $14,218,698 |
| 133 | HOW TO DEAL (NEW LINE) | $14,144,112 | $14,144,112 |
| 134 | GODS AND GENERALS (WB) | $12,875,484 | $12,875,484 |
| 135 | MY BIG FAT GREEK WEDDING (IFC) | $12,664,016 | $241,438,181 |
| 136 | THE QUIET AMERICAN (MIRAMAX) | $12,645,065 | $12,988,801 |
| 137 | HOUSE OF 1000 CORPSES (LIONSGATE) | $12,598,983 | $12,598,983 |
| 138 | 25TH HOUR (BV) | $12,363,914 | $13,078,082 |
| 139 | CONFIDENCE (LIONSGATE) | $12,217,840 | $12,217,840 |
| 140 | HOUSE OF THE DEAD (ARTISAN) | $10,211,633 | $10,211,633 |
| 141 | SWIMMING POOL (FOCUS) | $10,121,639 | $10,121,639 |
| 142 | NARC (PAR) | $10,115,762 | $10,465,659 |
| 143 | WINGED MIGRATION (SONY CL) | $9,683,307 | $10,764,402 |
| 144 | DUPLEX (MIRAMAX) | $9,670,651 | $9,670,651 |
| 145 | BIG FISH (SONY) | $9,575,584 | $66,257,002 |
| 146 | THE LION KING (LSF) (BV LSF) | $9,410,100 | $15,686,215 |
| 147 | DARK BLUE (MGM/UA) | $9,245,966 | $9,250,301 |
| 148 | LE DIVORCE (FOXSEARCH) | $9,081,057 | $9,081,057 |
| 149 | HARRY POTTER CHAMBER SECRETS (WB) | $8,938,809 | $261,979,634 |
| 150 | CALENDAR GIRLS (BV) | $8,689,495 | $30,937,521 |
| 151 | BOAT TRIP (ARTISAN) | $8,600,126 | $8,600,126 | 
| 152 | DIRTY PRETTY THINGS (MIRAMAX) | $8,078,656 | $8,112,414 |
| 153 | LA GRANDE SEDUCTION (ODEON/AA) | $8,039,917 | $8,722,856 |
| 154 | 21 GRAMS (FOCUS) | $7,869,980 | $16,269,341 |
| 155 | DRUMLINE (FOX) | $7,842,917 | $56,399,184 |
| 156 | TUPAC: RESURRECTION (PAR) | $7,718,961 | $7,718,961 |
| 157 | THE ORDER (FOX) | $7,660,806 | $7,660,806 |
| 158 | THE WILD THORNBERRYS MOVIE (PAR) | $7,561,584 | $40,108,697 |
| 159 | IT RUNS IN THE FAMILY (MGM/UA) | $7,490,695 | $7,491,839 |

| # | Title | Gross | Total |
|---|---|---|---|
| 160 | WILLARD (NEW LINE) | $6,852,144 | $6,852,144 |
| 161 | TALK TO HER (SONY CL) | $6,817,204 | $9,285,469 |
| 162 | DIE ANOTHER DAY (MGM/UA) | $6,265,461 | $160,942,139 |
| 163 | MAMBO ITALIANO (IDP) | $6,253,026 | $6,253,026 |
| 164 | NOWHERE IN AFRICA (ZEITGEIST) | $6,180,200 | $6,180,200 |
| 165 | CHASING PAPI (FOX) | $6,130,049 | $6,130,049 |
| 166 | HOUSE OF SAND AND FOG (DREAMWORK) | $6,056,533 | $13,024,825 |
| 167 | GIGLI (SONY) | $6,048,846 | $6,087,542 |
| 168 | AMERICAN SPLENDOR (FINE LINE) | $6,010,990 | $6,010,990 |
| 169 | LUTHER (RS ENT.) | $5,781,086 | $5,781,086 |
| 170 | SPELLBOUND (THINKFILM) | $5,728,581 | $5,728,581 |
| 171 | IN AMERICA (FOXSEARCH) | $5,722,787 | $15,399,490 |
| 172 | THE HUMAN STAIN (MIRAMAX) | $5,364,701 | $5,381,908 |
| 173 | BOWLING FOR COLUMBINE (MGM/UA) | $5,297,526 | $21,576,018 |
| 174 | GRIND (WB) | $5,123,696 | $5,123,696 |
| 175 | FROM JUSTIN TO KELLY (FOX) | $4,928,883 | $4,928,883 |
| 176 | CITY OF GOD (MIRAMAX) | $4,795,285 | $7,401,949 |
| 177 | IN THE CUT (SONY) | $4,717,455 | $4,757,149 |
| 178 | THE STATION AGENT (MIRAMAX) | $4,689,943 | $5,739,376 |
| 179 | THIRTEEN (FOXSEARCH) | $4,601,043 | $4,601,043 |
| 180 | THE MAGDALENE SISTERS (MIRAMAX) | $4,584,289 | $4,890,878 |
| 181 | SPIRITED AWAY (BV) | $4,559,066 | $10,055,859 |
| 182 | BUGS! (SK FILMS) | $4,432,926 | $6,222,097 |
| 183 | BEYOND BORDERS (PAR) | $4,430,101 | $4,430,101 |
| 184 | FAR FROM HEAVEN (FOCUS) | $4,399,447 | $15,872,398 |
| 185 | T-REX: BACK TO THE CRETACEOUS (IMAX) | $4,393,340 | $47,812,500 |
| 186 | RABBIT-PROOF FENCE (MIRAMAX) | $4,354,559 | $6,177,030 |
| 187 | FRIDA (MIRAMAX) | $4,284,978 | $25,804,021 |
| 188 | THE HOT CHICK (BV) | $4,207,287 | $35,032,310 |
| 189 | BETTER LUCK TOMORROW (PAR. CL) | $3,802,390 | $3,802,390 |
| 190 | THE REAL CANCUN (NEW LINE) | $3,779,140 | $3,779,140 |
| 191 | THE SECRET LIVES OF DENTISTS (MANHATTAN) | $3,707,346 | $3,707,346 |
| 192 | STEP INTO LIQUID (ARTISAN) | $3,681,803 | $3,681,803 |
| 193 | LAUREL CANYON (SONY CL) | $3,663,356 | $3,663,356 |
| 194 | THE GOOD THIEF (FOXSEARCH) | $3,517,797 | $3,517,797 |
| 195 | ANYTHING ELSE (DREAMWORK) | $3,212,310 | $3,216,506 |
| 196 | CAPTURING THE FRIEDMANS (MAGNOLIA) | $3,119,113 | $3,119,113 |
| 197 | THE GOSPEL OF JOHN (THINKFILM) | $3,100,306 | $4,052,681 |
| 198 | SANTA VS. THE SNOWMAN (IMAX) | $3,048,328 | $4,993,623 |
| 199 | THE GURU (UNIV) | $3,038,606 | $3,095,506 |
| 200 | L'AUBERGE ESPAGNOLE (FOXSEARCH) | $2,830,361 | $3,897,799 |
| 201 | STAR TREK: NEMESIS (PAR) | $2,550,471 | $43,254,409 |
| 202 | THE MAN ON THE TRAIN (PAR. CL) | $2,542,020 | $2,542,020 |
| 203 | YOUNG BLACK STALLION (BV LSF) | $2,455,679 | $6,201,958 |
| 204 | PIECES OF APRIL (MGM/UA) | $2,405,676 | $2,525,743 |

| # | Title | Gross | Total |
|---|---|---|---|
| 205 | THE DANCER UPSTAIRS (FOXSEARCH) | $2,377,348 | $2,377,348 |
| 206 | HAUNTED CASTLE (NWAVE) | $2,363,183 | $8,216,690 |
| 207 | DYSFUNKTIONAL FAMILY (MIRAMAX) | $2,235,289 | $2,235,289 |
| 208 | TREASURE PLANET (BV) | $2,160,665 | $38,176,209 |
| 209 | SHATTERED GLASS (LIONSGATE) | $2,128,485 | $2,220,008 |
| 210 | RUSSIAN ARK (WELLSPRNG) | $2,118,991 | $3,011,013 |
| 211 | RAISING VICTOR VARGAS (IDP) | $2,073,984 | $2,073,984 |
| 212 | SUR LE SEUIL (ODEON/AA) | $2,014,104 | $2,014,104 |
| 213 | ALIEN: THE DIRECTOR'S CUT (FOX) | $1,986,910 | $1,986,910 |
| 214 | THE COOLER (LIONSGATE) | $1,976,406 | $8,263,260 |
| 215 | KAL HO NAA HO (YASH RAJ) | $1,944,478 | $1,991,922 |
| 216 | SHACKLETON'S ANTARCTIC ADV. (WGBH) | $1,730,293 | $15,553,324 |
| 217 | MARCI X (PAR) | $1,648,818 | $1,648,818 |
| 218 | SPIDER (SONY CL) | $1,631,051 | $1,642,483 |
| 219 | CAMP (IFC) | $1,629,862 | $1,629,862 |
| 220 | VERONICA GUERIN (BV) | $1,577,596 | $1,577,596 |
| 221 | NORTHFORK (PAR. CL) | $1,420,678 | $1,420,678 |
| 222 | LORD OF THE RINGS: FELLOWSHIP (NEW LINE) | $1,412,056 | $314,776,170 |
| 223 | RIVERS AND TIDES (ROXIE) | $1,373,692 | $2,200,276 |
| 224 | THE RING (DREAMWORK) | $1,326,383 | $129,023,466 |
| 225 | 8 MILE (UNIV) | $1,318,355 | $116,750,901 |
| 226 | SYLVIA (FOCUS) | $1,315,498 | $1,315,498 |
| 227 | NICHOLAS NICKLEBY (MGM/UA) | $1,288,073 | $1,587,173 |
| 228 | ELEPHANT (FINE LINE) | $1,266,955 | $1,266,955 |
| 229 | MAIN PREM KI DIWANI HOON (RAJSHRI) | $1,225,908 | $1,225,908 |
| 230 | I CAPTURE THE CASTLE (IDP) | $1,179,035 | $1,179,035 |
| 231 | BUBBA HO-TEP (VITAGRAPH) | $1,175,252 | $1,239,183 |
| 232 | TOGETHER (MGM/UA) | $1,145,665 | $1,152,061 |
| 233 | BOOK OF MORMON MOVIE VOL. 1 (MORMON) | $1,138,373 | $1,570,097 |
| 234 | THE TRIPLETS OF BELLEVILLE (SONY CL) | $1,124,232 | $6,427,871 |
| 235 | EL CRIMEN DEL PADRE AMARO (IDP) | $1,084,064 | $5,712,955 |
| 236 | RESPIRO (SONY CL) | $1,072,834 | $1,072,834 |
| 237 | WONDERLAND (LIONSGATE) | $1,060,512 | $1,060,512 |
| 238 | BAGHBAN (EROS) | $1,056,360 | $1,056,360 |
| 239 | THE RM (HALESTORM) | $1,036,440 | $1,111,615 |
| 240 | HE LOVES ME, HE LOVES ME NOT (IDP) | $1,011,102 | $1,011,102 |
| 241 | SWEET HOME ALABAMA (BV) | $1,009,023 | $127,223,418 |
| 242 | ASSASSINATION TANGO (MGM/UA) | $1,001,504 | $1,013,272 |
| 243 | COWBOY BEBOP (IDP) | $1,000,045 | $1,000,045 |
| 244 | ANALYZE THAT (WB) | $997,531 | $32,130,627 |
| 245 | THE LEGEND OF JOHNNY LINGO (INNOVTION) | $983,072 | $1,690,767 |
| 246 | GIRL WITH A PEARL EARRING (LIONSGATE) | $959,305 | $11,262,360 |
| 247 | THE MAN WITHOUT A PAST (SONY CL) | $921,847 | $921,847 |
| 248 | CIRQUE SOLEIL: JOURNEY OF MAN (SONY CL) | $892,228 | $15,627,434 |
| 249 | GAZ BAR BLUES (ODEON/AA) | $884,664 | $884,664 |

| 250 | THE SANTA CLAUSE 2 (BV) | $841,930 | $139,236,327 |

Source: EDI FilmSource

Box office results in millions of $

Last Updated: 1/1/2004

About   Advertise   Contact Us   Help   Link to Us   Site Index   Your Account
© 2004 Reed Business Information, a division of Reed Elsevier Inc.
All rights reserved. Use of this web site is subject to its
Terms and Conditions of Use. View our Privacy Policy.