

Welcome PETER SPODICK (Clic

Advertise | Contact Us | Help | Link to L

FILM | TV | WORLD | BUSINESS | MUSIC | HOME ENT | LEGIT | INTERNET | LEGAL
NEWS | COLUMNS | REVIEWS | CHARTS | BOX OFFICE | EVENTS | VPAGE | SPECIAL REP

Home > Weekly Box Office, Apr. 2 - 8, 2004 > Box Office Film History > Box Office Film History > Top 250    Last Updated **Apr. 12,** Films of 2004

# it's all about ... YOU!!!

**SUBSCRIPTIONS**
Variety.com
Variety in Print
Email Newsletters
Print Subscribers:
  Register for Access
Update Account
Customer Service

**SECTIONS**
News
Columnists
Reviews
Hot Topics
Obituaries
People
VPage Photos
V Features
Perspectives
Letters to the Editor
Weblogs



**SPECIAL REPORTS**
Awards
Festivals
Markets
Additional Reports
Editorial Calendar
Submit Listings
VScreenings

**TOOLS**
Search:
  Archives
  The Vault
Browse by Date
Discussion Boards
Showbiz Calendar
Variety Slang

**CHARTS & DATA**
Box Office
TV Production

  HAVE Variety headlines delivered daily by email

Top 250 films all-time | Highest all-time box office openers | Current B.O.

## Top 250 Films of 2004

Choose Year: 2004 

| Rank | Film (Studio) | $ This Year | $ Domestic Total |
|---|---|---|---|
| 1 | THE PASSION OF THE CHRIST (NEWMARKET) | $330,856,971 | $330,856,971 |
| 2 | 50 FIRST DATES (SONY) | $118,206,131 | $118,206,131 |
| 3 | ALONG CAME POLLY (UNIV) | $87,751,215 | $87,751,215 |
| 4 | STARSKY & HUTCH (WB) | $81,909,521 | $81,909,521 |
| 5 | LORD OF THE RINGS: RETURN KING (NEW LINE) | $77,092,712 | $375,204,550 |
| 6 | MIRACLE (BV) | $63,943,494 | $63,943,494 |
| 7 | BARBERSHOP 2 (MGM/UA) | $62,862,076 | $62,862,076 |
| 8 | HIDALGO (BV) | $60,680,776 | $60,680,776 |
| 9 | THE BUTTERFLY EFFECT (NEW LINE) | $57,528,908 | $57,528,908 |
| 10 | BIG FISH (SONY) | $56,681,418 | $66,257,002 |
| 11 | DAWN OF THE DEAD (UNIV) | $51,759,940 | $51,759,940 |
| 12 | SCOOBY-DOO 2: MONSTERS... (WB) | $49,746,466 | $49,746,466 |
| 13 | CHEAPER BY THE DOZEN (FOX) | $48,485,257 | $137,881,750 |
| 14 | COLD MOUNTAIN (MIRAMAX) | $47,819,379 | $95,278,095 |
| 15 | SECRET WINDOW (SONY) | $44,361,036 | $44,361,036 |
| 16 | YOU GOT SERVED (SONY) | $39,924,273 | $39,924,273 |
| 17 | SOMETHING'S GOTTA GIVE (SONY) | $39,803,005 | $124,590,960 |
| 18 | MYSTIC RIVER (WB) | $34,495,717 | $88,955,308 |
| 19 | MONSTER (NEWMARKET) | $33,625,544 | $34,187,787 |
| 20 | CONFESSIONS OF TEENAGE DRAMA.. (BV) | $28,695,607 | $28,695,607 |
| 21 | TAKING LIVES (WB) | $27,473,161 | $27,473,161 |
| 22 | TWISTED (PAR) | $24,902,636 | $24,902,636 |
| 23 | THE LADYKILLERS (BV) | $23,482,792 | $23,482,792 |
| 24 | HELLBOY (SONY) | $23,172,440 | $23,172,440 |
| 25 | AGENT CODY BANKS:DESTINATION.. (MGM/UA) | $22,398,866 | $22,398,866 |



we not
t

**Weekend:**
Apr. 9 - Apr.

1 The Pass
  Christ
2 Hellboy
3 Johnson f
  Vacation
3 The Alam
5 Walking T
6 Home on
7 Scooby-D
  Monsters
8 The Whol
  Yards
9 Ella Ench
10 The Girl f

estin
view

Film Production
Additional Charts
and Data

FREE

eVents
Classifieds
Variety Around
  The World
Industry Links
Handheld Access
Variety Store



| # | Film | Weekend | Total |
|---|---|---|---|
| 26 | CALENDAR GIRLS (BV) | $22,248,026 | $30,937,521 |
| 27 | ETERNAL SUNSHINE OF THE... (FOCUS) | $21,919,041 | $21,919,041 |
| 28 | TORQUE (WB) | $21,176,322 | $21,176,322 |
| 29 | THE LAST SAMURAI (WB) | $18,479,667 | $111,110,575 |
| 30 | EUROTRIP (DREAMWORK) | $17,749,849 | $17,749,849 |
| 31 | MY BABY'S DADDY (MIRAMAX) | $17,322,212 | $17,322,212 |
| 32 | WIN A DATE WITH TAD HAMILTON! (DREAMWORK) | $16,973,346 | $16,973,346 |
| 33 | CATCH THAT KID (FOX) | $16,625,394 | $16,625,394 |
| 34 | JERSEY GIRL (MIRAMAX) | $15,826,301 | $15,826,301 |
| 35 | WALKING TALL (MGM/UA) | $15,501,114 | $15,501,114 |
| 36 | WELCOME TO MOOSEPORT (FOX) | $14,384,019 | $14,384,019 |
| 37 | DIRTY DANCING: HAVANA NIGHTS (LIONSGATE) | $14,007,836 | $14,007,836 |
| 38 | HOME ON THE RANGE (BV) | $13,880,771 | $13,880,771 |
| 39 | LOST IN TRANSLATION (FOCUS) | $12,812,532 | $44,585,453 |
| 40 | PETER PAN (UNIV) | $12,613,745 | $48,439,890 |
| 41 | PAYCHECK (PAR) | $12,493,725 | $53,790,451 |
| 42 | CHASING LIBERTY (WB) | $12,195,626 | $12,195,626 |
| 43 | MONA LISA SMILE (SONY) | $11,195,528 | $63,695,760 |
| 44 | THE PERFECT SCORE (PAR) | $10,391,003 | $10,391,003 |
| 45 | MASTER AND COMMANDER: THE ... (FOX) | $10,313,723 | $93,705,590 |
| 46 | GIRL WITH A PEARL EARRING (LIONSGATE) | $10,303,055 | $11,262,360 |
| 47 | IN AMERICA (FOXSEARCH) | $9,676,703 | $15,399,490 |
| 48 | THE PRINCE & ME (PAR) | $9,406,378 | $9,406,378 |
| 49 | 21 GRAMS (FOCUS) | $8,399,361 | $16,269,341 |
| 50 | HOUSE OF SAND AND FOG (DREAMWORK) | $6,968,292 | $13,024,825 |
| 51 | DISNEY'S TEACHER'S PET (BV) | $6,491,350 | $6,491,350 |
| 52 | THE BIG BOUNCE (WB) | $6,489,476 | $6,489,476 |
| 53 | THE COOLER (LIONSGATE) | $6,286,854 | $8,263,260 |
| 54 | NASCAR:THE IMAX EXPERIENCE (WB) | $6,203,854 | $6,203,854 |
| 55 | AGAINST THE ROPES (PAR) | $5,881,504 | $5,881,504 |
| 56 | THE TRIPLETS OF BELLEVILLE (SONY CL) | $5,303,639 | $6,427,871 |
| 57 | BROKEN LIZARD'S CLUB DREAD (FOXSEARCH) | $4,992,159 | $4,992,159 |
| 58 | THE HAUNTED MANSION (BV) | $4,942,822 | $75,759,571 |
| 59 | NEVER DIE ALONE (FOXSEARCH) | $4,919,429 | $4,919,429 |
| 60 | SPARTAN (WB) | $4,291,858 | $4,291,858 |
| 61 | YOUNG BLACK STALLION (BV LSF) | $3,746,279 | $6,201,958 |
| 62 | THE FOG OF WAR (SONY CL) | $3,592,479 | $3,905,848 |
| 63 | TOUCHING THE VOID (IFC) | $3,574,189 | $3,574,189 |
| 64 | CITY OF GOD (MIRAMAX) | $2,606,664 | $7,401,949 |
| 65 | BAD SANTA (MIRAMAX) | $2,435,674 | $60,060,328 |
| 66 | THE DREAMERS (FOXSEARCH) | $2,419,596 | $2,419,596 |
| 67 | STUCK ON YOU (FOX) | $2,329,587 | $33,832,741 |
| 68 | THE BARBARIAN INVASIONS (MIRAMAX) | $2,313,973 | $3,120,018 |
| 69 | SPACE STATION 3-D (IMAX) | $2,270,929 | $48,750,953 |

Ads

10% off
Videos
We have
Travel V
Secure
Ordering

Movie
Get all th
the new
Watch th
Register

Sunday. Ap
Top Show
  Extreme
  Makeover:
  (ABC)
Top Shows
  Nick & Jes
  Variety Ho
  Extreme
  Makeover:
  Edition (AE
  Alias (ABC
Networks
  ABC
  CBS
  FOX
  NBC
from Nielsen
    prelimi
    view ra

Learn
Variety
RSS /

| # | Title | Weekend | Total |
|---|---|---|---|
| 70 | ELF (NEW LINE) | $2,165,220 | $173,398,518 |
| 71 | BROTHER BEAR (BV) | $1,926,239 | $85,329,248 |
| 72 | THE COMPANY (SONY CL) | $1,811,942 | $2,164,659 |
| 73 | BUGS! (SK FILMS) | $1,789,171 | $6,222,097 |
| 74 | LOVE ACTUALLY (UNIV) | $1,709,715 | $59,393,405 |
| 75 | MY ARCHITECT (NEWYORKER) | $1,651,526 | $2,036,316 |
| 76 | GOOD BYE, LENIN! (SONY CL) | $1,461,273 | $1,461,273 |
| 77 | MONSIEUR IBRAHIM (SONY CL) | $1,435,657 | $1,462,914 |
| 78 | LOVE DON'T COST A THING (WB) | $1,424,708 | $21,905,267 |
| 79 | GOTHIKA (WB) | $1,243,531 | $59,600,377 |
| 80 | HONEY (UNIV) | $1,198,145 | $30,239,140 |
| 81 | THE STATION AGENT (MIRAMAX) | $1,049,433 | $5,739,376 |
| 82 | THE GOSPEL OF JOHN (THINKFILM) | $952,375 | $4,052,681 |
| 83 | DR. SEUSS' THE CAT IN THE HAT (UNIV) | $946,790 | $100,483,350 |
| 84 | SCHOOL OF ROCK (PAR) | $936,401 | $81,261,177 |
| 85 | OSAMA (MGM/UA) | $931,193 | $931,193 |
| 86 | THE MATRIX REVOLUTIONS (WB) | $912,089 | $139,270,910 |
| 87 | THE MISSING (SONY) | $791,988 | $26,951,236 |
| 88 | THE LEGEND OF JOHNNY LINGO (INNOVTION) | $707,695 | $1,690,767 |
| 89 | LA GRANDE SEDUCTION (ODEON/AA) | $682,939 | $8,722,856 |
| 90 | PULSE: A STOMP ODYSSEY (GIANT SCR) | $653,888 | $6,066,821 |
| 91 | THE BATTLE OF ALGIERS (RIALTO) | $625,504 | $625,504 |
| 92 | KHAKEE (EROS) | $587,877 | $587,877 |
| 93 | THE BEST TWO YEARS (HALESTORM) | $567,467 | $567,467 |
| 94 | LATTER DAYS (TLA) | $553,570 | $553,570 |
| 95 | T-REX: BACK TO THE CRETACEOUS (IMAX) | $552,092 | $47,812,500 |

Source: EDI FilmSource         Box office results in millions of $

Last Updated: 4/11/2004

About   Advertise   Contact Us   Help   Link to Us   Site Index   Your Account
© 2004 Reed Business Information, a division of Reed Elsevier Inc.
All rights reserved. Use of this web site is subject to its
Terms and Conditions of Use. View our Privacy Policy.

# Variety.com

 Reed Business Information.

Welcome PETER SPODICK (Clic

Advertise | Contact Us | Help | Link to U

**FILM** | TV | WORLD | BUSINESS | MUSIC | HOME ENT | LEGIT | INTERNET | LEGAL
NEWS | COLUMNS | REVIEWS | CHARTS | BOX OFFICE | EVENTS | VPAGE | SPECIAL REP

Home > Weekly Box Office, Apr. 2 - 8, 2004 > Box Office Film History > Box Office Film History > Top 250    Last Updated **Apr. 12,** Films of 2004

## it's all about ... YOU!!!

### V FILM

HAVE Variety headlines delivered daily by email

**SUBSCRIPTIONS**
Variety.com
Variety in Print
Email Newsletters
Print Subscribers:
  Register for Access
Update Account
Customer Service

Top 250 films all-time | Highest all-time box office openers | Current B.O.

## Top 250 Films of 2004

Choose Year: 2004 ▼ Go

**SECTIONS**
News
Columnists
Reviews
Hot Topics
Obituaries
People
VPage Photos
V Features
Perspectives
Letters to the Editor
Weblogs



**SPECIAL REPORTS**
Awards
Festivals
Markets
Additional Reports
Editorial Calendar
Submit Listings
VScreenings

**TOOLS**
Search:
  Archives
  The Vault
Browse by Date
Discussion Boards
Showbiz Calendar
Variety Slang

**CHARTS & DATA**
Box Office
TV Production

| Rank | Film (Studio) | $ This Year | $ Domestic Total |
|------|---------------|-------------|------------------|
| 1 | THE PASSION OF THE CHRIST (NEWMARKET) | $330,856,971 | $330,856,971 |
| 2 | 50 FIRST DATES (SONY) | $118,206,131 | $118,206,131 |
| 3 | ALONG CAME POLLY (UNIV) | $87,751,215 | $87,751,215 |
| 4 | STARSKY & HUTCH (WB) | $81,909,521 | $81,909,521 |
| 5 | LORD OF THE RINGS: RETURN KING (NEW LINE) | $77,092,712 | $375,204,550 |
| 6 | MIRACLE (BV) | $63,943,494 | $63,943,494 |
| 7 | BARBERSHOP 2 (MGM/UA) | $62,862,076 | $62,862,076 |
| 8 | HIDALGO (BV) | $60,680,776 | $60,680,776 |
| 9 | THE BUTTERFLY EFFECT (NEW LINE) | $57,528,908 | $57,528,908 |
| 10 | BIG FISH (SONY) | $56,681,418 | $66,257,002 |
| 11 | DAWN OF THE DEAD (UNIV) | $51,759,940 | $51,759,940 |
| 12 | SCOOBY-DOO 2: MONSTERS.... (WB) | $49,746,466 | $49,746,466 |
| 13 | CHEAPER BY THE DOZEN (FOX) | $48,485,257 | $137,881,750 |
| 14 | COLD MOUNTAIN (MIRAMAX) | $47,819,379 | $95,278,095 |
| 15 | SECRET WINDOW (SONY) | $44,361,036 | $44,361,036 |
| 16 | YOU GOT SERVED (SONY) | $39,924,273 | $39,924,273 |
| 17 | SOMETHING'S GOTTA GIVE (SONY) | $39,803,005 | $124,590,960 |
| 18 | MYSTIC RIVER (WB) | $34,495,717 | $88,955,308 |
| 19 | MONSTER (NEWMARKET) | $33,625,544 | $34,187,787 |
| 20 | CONFESSIONS OF TEENAGE DRAMA.. (BV) | $28,695,607 | $28,695,607 |
| 21 | TAKING LIVES (WB) | $27,473,161 | $27,473,161 |
| 22 | TWISTED (PAR) | $24,902,636 | $24,902,636 |
| 23 | THE LADYKILLERS (BV) | $23,482,792 | $23,482,792 |
| 24 | HELLBOY (SONY) | $23,172,440 | $23,172,440 |
| 25 | AGENT CODY BANKS:DESTINATION.. (MGM/UA) | $22,398,866 | $22,398,866 |



we not

**Weekend:**
Apr. 9 - Apr.

1 The Pass
  Christ
2 Hellboy
3 Johnson I
  Vacation
3 The Alam
5 Walking T
6 Home on
7 Scooby-D
  Monsters
8 The Whol
  Yards
9 Ella Ench
10 The Girl I

estin
view

Film Production
Additional Charts
 and Data

FREE

eVents
Classifieds
Variety Around
 The World
Industry Links
Handheld Access
Variety Store

it's all about ...you!!!

| # | Film | Weekly | Total |
|---|------|--------|-------|
| 26 | CALENDAR GIRLS (BV) | $22,248,026 | $30,937,521 |
| 27 | ETERNAL SUNSHINE OF THE... (FOCUS) | $21,919,041 | $21,919,041 |
| 28 | TORQUE (WB) | $21,176,322 | $21,176,322 |
| 29 | THE LAST SAMURAI (WB) | $18,479,667 | $111,110,575 |
| 30 | EUROTRIP (DREAMWORK) | $17,749,849 | $17,749,849 |
| 31 | MY BABY'S DADDY (MIRAMAX) | $17,322,212 | $17,322,212 |
| 32 | WIN A DATE WITH TAD HAMILTON! (DREAMWORK) | $16,973,346 | $16,973,346 |
| 33 | CATCH THAT KID (FOX) | $16,625,394 | $16,625,394 |
| 34 | JERSEY GIRL (MIRAMAX) | $15,826,301 | $15,826,301 |
| 35 | WALKING TALL (MGM/UA) | $15,501,114 | $15,501,114 |
| 36 | WELCOME TO MOOSEPORT (FOX) | $14,384,019 | $14,384,019 |
| 37 | DIRTY DANCING: HAVANA NIGHTS (LIONSGATE) | $14,007,836 | $14,007,836 |
| 38 | HOME ON THE RANGE (BV) | $13,880,771 | $13,880,771 |
| 39 | LOST IN TRANSLATION (FOCUS) | $12,812,532 | $44,585,453 |
| 40 | PETER PAN (UNIV) | $12,613,745 | $48,439,890 |
| 41 | PAYCHECK (PAR) | $12,493,725 | $53,790,451 |
| 42 | CHASING LIBERTY (WB) | $12,195,626 | $12,195,626 |
| 43 | MONA LISA SMILE (SONY) | $11,195,528 | $63,695,760 |
| 44 | THE PERFECT SCORE (PAR) | $10,391,003 | $10,391,003 |
| 45 | MASTER AND COMMANDER: THE ... (FOX) | $10,313,723 | $93,705,590 |
| 46 | GIRL WITH A PEARL EARRING (LIONSGATE) | $10,303,055 | $11,262,360 |
| 47 | IN AMERICA (FOXSEARCH) | $9,676,703 | $15,399,490 |
| 48 | THE PRINCE & ME (PAR) | $9,406,378 | $9,406,378 |
| 49 | 21 GRAMS (FOCUS) | $8,399,361 | $16,269,341 |
| 50 | HOUSE OF SAND AND FOG (DREAMWORK) | $6,968,292 | $13,024,825 |
| 51 | DISNEY'S TEACHER'S PET (BV) | $6,491,350 | $6,491,350 |
| 52 | THE BIG BOUNCE (WB) | $6,489,476 | $6,489,476 |
| 53 | THE COOLER (LIONSGATE) ✓ | $6,286,854 | $8,263,260 |
| 54 | NASCAR:THE IMAX EXPERIENCE (WB) | $6,203,854 | $6,203,854 |
| 55 | AGAINST THE ROPES (PAR) | $5,881,504 | $5,881,504 |
| 56 | THE TRIPLETS OF BELLEVILLE (SONY CL) | $5,303,639 | $6,427,871 |
| 57 | BROKEN LIZARD'S CLUB DREAD (FOXSEARCH) | $4,992,159 | $4,992,159 |
| 58 | THE HAUNTED MANSION (BV) | $4,942,822 | $75,759,571 |
| 59 | NEVER DIE ALONE (FOXSEARCH) | $4,919,429 | $4,919,429 |
| 60 | SPARTAN (WB) | $4,291,858 | $4,291,858 |
| 61 | YOUNG BLACK STALLION (BV LSF) | $3,746,279 | $6,201,958 |
| 62 | THE FOG OF WAR (SONY CL) | $3,592,479 | $3,905,848 |
| 63 | TOUCHING THE VOID (IFC) | $3,574,189 | $3,574,189 |
| 64 | CITY OF GOD (MIRAMAX) | $2,606,664 | $7,401,949 |
| 65 | BAD SANTA (MIRAMAX) | $2,435,674 | $60,060,328 |
| 66 | THE DREAMERS (FOXSEARCH) | $2,419,596 | $2,419,596 |
| 67 | STUCK ON YOU (FOX) | $2,329,587 | $33,832,741 |
| 68 | THE BARBARIAN INVASIONS (MIRAMAX) | $2,313,973 | $3,120,018 |
| 69 | SPACE STATION 3-D (IMAX) | $2,270,929 | $48,750,953 |

Ads
10% off
Videos
We have
Travel V
Secure
Ordering

Movie
Get all th
the new
Watch th
Register

Sunday, Ap
Top Show
 Extreme
 Makeover:
 (ABC)
Top Shows
 Nick & Jes
 Variety Ho
 Extreme
 Makeover:
 Edition (AE
 Alias (ABC
Networks
 ABC
 CBS
 FOX
 NBC
from Nielsen
 prelimi
 view r

Learn
Variety
RSS /

| # | Title | Weekend | Total |
|---|---|---|---|
| 70 | ELF (NEW LINE) | $2,165,220 | $173,398,518 |
| 71 | BROTHER BEAR (BV) | $1,926,239 | $85,329,248 |
| 72 | THE COMPANY (SONY CL) | $1,811,942 | $2,164,659 |
| 73 | BUGS! (SK FILMS) | $1,789,171 | $6,222,097 |
| 74 | LOVE ACTUALLY (UNIV) | $1,709,715 | $59,393,405 |
| 75 | MY ARCHITECT (NEWYORKER) | $1,651,526 | $2,036,316 |
| 76 | GOOD BYE, LENIN! (SONY CL) | $1,461,273 | $1,461,273 |
| 77 | MONSIEUR IBRAHIM (SONY CL) | $1,435,657 | $1,462,914 |
| 78 | LOVE DON'T COST A THING (WB) | $1,424,708 | $21,905,267 |
| 79 | GOTHIKA (WB) | $1,243,531 | $59,600,377 |
| 80 | HONEY (UNIV) | $1,198,145 | $30,239,140 |
| 81 | THE STATION AGENT (MIRAMAX) | $1,049,433 | $5,739,376 |
| 82 | THE GOSPEL OF JOHN (THINKFILM) | $952,375 | $4,052,681 |
| 83 | DR. SEUSS' THE CAT IN THE HAT (UNIV) | $946,790 | $100,483,350 |
| 84 | SCHOOL OF ROCK (PAR) | $936,401 | $81,261,177 |
| 85 | OSAMA (MGM/UA) | $931,193 | $931,193 |
| 86 | THE MATRIX REVOLUTIONS (WB) | $912,089 | $139,270,910 |
| 87 | THE MISSING (SONY) | $791,988 | $26,951,236 |
| 88 | THE LEGEND OF JOHNNY LINGO (INNOVTION) | $707,695 | $1,690,767 |
| 89 | LA GRANDE SEDUCTION (ODEON/AA) | $682,939 | $8,722,856 |
| 90 | PULSE: A STOMP ODYSSEY (GIANT SCR) | $653,888 | $6,066,821 |
| 91 | THE BATTLE OF ALGIERS (RIALTO) | $625,504 | $625,504 |
| 92 | KHAKEE (EROS) | $587,877 | $587,877 |
| 93 | THE BEST TWO YEARS (HALESTORM) | $567,467 | $567,467 |
| 94 | LATTER DAYS (TLA) | $553,570 | $553,570 |
| 95 | T-REX: BACK TO THE CRETACEOUS (IMAX) | $552,092 | $47,812,500 |

Source: EDI FilmSource

Last Updated: 4/11/2004

Box office results in millions of $

About   Advertise   Contact Us   Help   Link to Us   Site Index   Your Account
© 2004 Reed Business Information, a division of Reed Elsevier Inc.
All rights reserved. Use of this web site is subject to its
Terms and Conditions of Use. View our Privacy Policy.