UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 APR 26  P 4
US DISTRICT COU[RT]

| | |
|---|---|
| BROADWAY THEATRE CORP. ) | |
| ) | |
| ) | |
| ) | |
| V. ) | CIVIL ACTION NO: 300-CV00706 (SRU) |
| ) | |
| ) | |
| ) | |
| BUENA VISTA PICTURES ) | |
| DISTRIBUTION, ET AL. ) | APRIL 26, 2004 |

### PLAINTIFF'S MOTION TO AMEND PRE-TRIAL ORDER
### NUNC PRO TUNC

The Plaintiff, Broadway Theatre Corporation, respectfully asks this Court for permission to add the following witnesses to the Plaintiff's list of witnesses at trial. New witnesses have come to the Plaintiff's attention who were unknown to the Plaintiff when Plaintiff's list of witnesses was filed with this Court.

1. Wayne Heaton

New Haven resident, York Square patron and wheelchair user

2. Lloyd Kaufman

President, Troma Films, Incorporated, film distributor

3. Charles B. Moss

New Haven theatre developer

4. Benjamin S. Moss

New Haven theatre developer

The Plaintiff respectfully asks this Court to grant this request.

THE PLAINTIFF

Broadway Theatre Corp.

By: [signature]

Peter C. Spodick  (ct 408103)
592 Central Avenue
New Haven, Connectitcut   06515
203 387 5714  (fax: 203 389 5732)

CERTIFICATION OF SERVICE

The defendant certifies that a copy of this motion was posted, by first class mail, pre-paid, this day, April 26, 2004, to:

Ben A. Solnit, Esq.
Elizabeth Andrews, Esq.
Richard Bowerman, Esq.
Tyler, Cooper and Alcorn
205 Church Street
New Haven, Connecticut
06510

_____
Peter C. Spodick  ct 408103