FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 APR 28 P 4: 57

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| BROADWAY THEATRE CORP. | ) |
| | ) |
| | ) |
| | ) |
| V. | ) CIVIL ACTION NO: 300-CV00706 (SRU) |
| | ) |
| | ) |
| | ) |
| BUENA VISTA PICTURES | ) |
| DISTRIBUTION, ET AL. | ) APRIL 27, 2004 |

**PLAINTIFF'S MOTION TO AMEND PRE-TRIAL ORDER
TO ALLOW ADDITIONAL EXHIBITS**

The Plaintiff, Broadway Theatre Corporation, respectfully asks this Court for permission to add exhibits to the Plaintiff's List of Exhibits. There is no prejudice to the Defendants, who have prepared and possess intended exhibits 1-3. Intended exhibits 4 and 5 were printed in the New Haven Register after the date of this Court's order.

1. All answers by Defendants in response to "Request of Plaintiff Broadway Theatre Corporation for Answers to Interrogatories Under Rule 33," filed March 1, 2001.

2. All answers and documents produced by Defendants in response to "Request of Plaintiff Broadway Theatre Corporation for Production of Documents," filed March, 2001.

3. The documents known as "Master Licensing Agreement[s]" or "Master Contract[s]" of each of the Defendants.

4. Editorial, <u>New Haven Register</u>, January, 2004.

5. Op-Ed column, <u>New Haven Register</u>, by Robert Spodick, December 30, 2003.

    The Plaintiff respectfully requests that this request be granted.

    THE PLAINTIFF

    BROADWAY THEATRE CORPORATION

    By: _____

        Peter C. Spodick  (ct 408103)
        592 Central Avenue
        New Haven, Connectitcut  06515
        203 387 5714  (fax: 203 389 5732)

CERTIFICATION OF SERVICE

The defendant certifies that a copy of this motion was posted, by first class mail, pre-paid, this day, April 28, 2004, to:

Ben A. Solnit, Esq.
Elizabeth Andrews, Esq.
Richard Bowerman, Esq.
Tyler, Cooper and Alcorn
205 Church Street
New Haven, Connecticut
06510

                                                                               /s/ Peter Spodick
                                                                               Peter C. Spodick  ct 408103