UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 APR 27 P 3: 52
U.S. DISTRICT COURT
BRIDGEPORT, CONN

BROADWAY THEATRE CORP.           )
                                            )
                                            )
                                            )

V.                                                 ) CIVIL ACTION NO: 300-CV00706 (SRU)
                                            )
                                            )
                                            )
BUENA VISTA PICTURES              )
DISTRIBUTION, ET AL.                ) APRIL 27, 2004


**PLAINTIFF'S MOTION TO AMEND PRE-TRIAL ORDER**


The Plaintiff, Broadway Theatre Corporation, respectfully asks this Court to Amend the Pre-Trial Order permitting the Plaintiff to submit this designation of deposition testimony. The testimony is from the deposition of the Defendants' expert witnesses George L. Priest and Barry Reardon. The deposition transcripts arrived after the date of this Court's order, and this Motion, in any event, would be necessary. The Plaintiff asserts that the Defendants' have possession of the deposition transcripts, had four counsel present at each deposition, and will suffer no harm or prejudice. The Plaintiff respectfully asks that this Motion be granted.

PRIEST DEPOSITION

Plaintiff designates the following lines from the deposition transcript of Defendants' expert witness, George L. Priest:

page   line

P 6    21-25

PRIEST deposition

| page | line |
|------|------|
| 7    | 1-3  |
| 10   | 1-25 |
| 11   | 1-25 |
| 12   | 1-25 |
| 13   | 1-25 |
| 14   | 1-25 |
| 15   | 1-25 |
| 16   | 1-25 |
| 17   | 1-25 |
| 18   | 1-25 |
| 19   | 1-25 |
| 20   | 1-25 |
| 29   | 7-25 |
| 30   | 1-12 |
| 31   | 6-25 |
| 32   | 1-25 |

| | |
|---|---|
| 33 | 1-25 |
| 34 | 1-25 |
| 35 | 1-25 |
| 36 | 1-25 |
| 37 | 1-25 |
| 38 | 1-25 |

PRIEST deposition

| | |
|---|---|
| 39 | 1-25 |
| 44 | 7-25 |
| 45 | 1-25 |
| 46 | 1-25 |
| 47 | 1-2, 8-17 |
| 50 | 1-25 |
| 51 | 1-25 |
| 52 | 1-25 |
| 53 | 1-25 |
| 54 | 1-25 |
| 55 | 1-25 |
| 56 | 1-25 |
| 57 | 1-25 |
| 58 | 1-25 |
| 59 | 1-25 |
| 60 | 1-25 |

| | |
|---|---|
| 61 | 1-24 |
| 62 | 1-25 |
| 63 | 1-25 |
| 64 | 1-25 |
| 65 | 1-25 |
| 66 | 1-25 |

PRIEST deposition

| | |
|---|---|
| 67 | 1-25 |
| 68 | 1-25 |
| 69 | 1-25 |
| 70 | 1-25 |
| 71 | 1-25 |
| 72 | 1-25 |
| 73 | 1-25 |
| 74 | 1-25 |
| 75 | 1-25 |
| 76 | 1-25 |
| 77 | 1-25 |
| 78 | 1-5, 21-25 |
| 79 | 1-25 |
| 80 | 1-9 |
| 81 | 1-8, 19-25 |
| 82 | 1-5 |

| | |
|---|---|
| 83 | 6-18 |
| 84 | 3-24 |
| 85 | 1-3, 9-25 |
| 86 | 1-25 |
| 87 | 1-2, 11-22 |
| 88 | 9-25 |

PRIEST deposition

| | |
|---|---|
| 89 | 11-25 |
| 90 | 1-25 |
| 91 | 1-25 |
| 92 | 1-2 |
| 94 | 9-18 |

The Plaintiff designates the following lines from the deposition transcript of Defendants' expert witness, Barry Reardon.

| page | line |
|---|---|
| 9 | 1-25 |
| 10 | 1-20 |
| 12 | 3-11 |
| 13 | 23-25 |
| 14 | 1-25 |

| | |
|---|---|
| 15 | 1-17, 23-25 |
| 16 | 6-25 |
| 17 | 1-25 |
| 18 | 1-25 |
| 19 | 1-25 |
| 20 | 1-25 |

REARDON deposition

| | |
|---|---|
| 21 | 1-25 |
| 22 | 1-3 |
| 23 | 15-25 |
| 24 | 1-13, 25 |
| 25 | 1-25 |
| 26 | 1-16 |
| 27 | 10-12 |
| 28 | 21-25 |
| 29 | 1, 12-25 |
| 30 | 1-18, 24-25 |
| 31 | 1-16 |
| 32 | 7-13 |
| 33 | 3-11 |
| 34 | 4-7 |
| 35 | 1-22 |
| 37 | 17-25 |

| | |
|---|---|
| 38 | 1-12 |
| 42 | 7-16 |
| 51 | 8-25 |
| 52 | 1-25 |
| 53 | 1-25 |
| 54 | 1-25 |

REARDON deposition

| | |
|---|---|
| 55 | 1-25 |
| 56 | 1-25 |
| 57 | 1-25 |
| 58 | 1-25 |
| 59 | 1-25 |
| 60 | 1-25 |
| 61 | 24-25 |
| 62 | 1-25 |
| 63 | 14-17 |
| 66 | 23-25 |
| 67 | 1-25 |
| 68 | 1-15 |
| 73 | 2-23 |
| 76 | 17-25 |
| 77 | 1-25 |
| 78 | 1-10, 19-22 |

79      15-25

80      1-6

85      1-25

86      1-18

87      1-25

88      1-25

REARDON deposition

89      1-25

90      1-21

91      18-25

92      1-25

93      1-3

95      6-20

97      12-18

99      7-13


Respectfully submitted by


THE PLAINTIFF


BROADWAY THEATRE CORPORATION

By: _[signature]_

Peter C. Spodick  (ct 408103)
592 Central Avenue
New Haven, Connectitcut   06515
203 387 5714  (fax: 203 389 5732)

CERTIFICATION OF SERVICE

The defendant certifies that a copy of this motion was posted, by first class mail, pre-paid, this day, April 27, 2004, to:

Ben A. Solnit, Esq.
Elizabeth Andrews, Esq.
Richard Bowerman, Esq.
Tyler, Cooper and Alcorn
205 Church Street
New Haven, Connecticut
06510

_____
Peter C. Spodick  ct 408103