99

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 30 P 12: 38
U.S. DISTRICT COURT
BRIDGEPORT, CONN

BROADWAY THEATRE CORP. )
)
)
)
v. )
) CIVIL ACTION NO: 3:00-CV-00706 (SRU)
)
BUENA VISTA PICTURES )
DISTRIBUTION, COLUMBIA )
PICTURES INDUSTRIES, INC., )
DREAMWORKS DISTRIBUTION L.L.C., )
LIONS GATE FILMS INC., )
METRO-GOLDWYN-MAYER )
DISTRIBUTION CO., MIRAMAX FILM )
CORP., NEW LINE CINEMA )
CORPORATION, PARAMOUNT )
PICTURES CORPORATION, SONY )
PICTURES RELEASING )
CORPORATION, UNIVERSAL FILM )
EXCHANGES, INC., WARNER BROS. )
DISTRIBUTING, AND USA FILMS, LLC )
) MARCH 29, 2004

Granted. The clerk shall docket the Motion in Limine was 4/29/04 to avoid... [handwritten marginalia]

**DEFENDANT LIONS GATE FILMS INC.'S MOTION FOR LEAVE TO FILE MOTION IN LIMINE AND MOTION IN LIMINE TO EXCLUDE EVIDENCE OF ANY ALLEGEDLY UNFAIR OR DECEPTIVE BUSINESS PRACTICES RELATING TO DEFENDANT LIONS GATE FILMS INC.**

Defendant LIONS GATE FILMS INC. ("Lions Gate") respectfully requests the entry of an order granting Lions Gate leave to file the instant Motion in Limine and granting the instant Motion in Limine to preclude plaintiff Broadway Theatre Corp. ("Plaintiff") from offering at

**ORAL ARGUMENT REQUESTED**