UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BROADWAY THEATRE CORP. )
)
)
)
V. ) CIVIL ACTION NO: 300-CV00706 (SRU)
)
)
)
BUENA VISTA PICTURES )
DISTRIBUTION, ET AL. )
) APRIL 19, 2004

**PLAINTIFF'S MOTION FOR THIS COURT TO FIND THE DEFENDANTS' INTENDED WITNESS, GEORGE L. PRIEST, AND DEFENDANTS' ATTORNEYS ROSEN, BOWERMAN, AND ANDREWS IN CONTEMPT**

Mr. Priest is presented to this Court in the document, "Defendants' Disclosure of Expert Witnesses," as "<u>George L. Priest, Esquire.</u>" This presentation of the expert witness is followed by Mr. Priest's report, which was admitted into evidence at deposition of Mr. Priest by Plaintiff's counsel. Present for the Defendants at this deposition were Attorneys Jeffrey Rosen, Richard Bowerman and Elizabeth Andrews.

Under oath, Mr. Priest identified and acknowledged the "<u>George L. Priest, Esquire</u>" report:

Mr. Priest: Yes, that is my report. (Priest deposition, p.16.)

MOTION DENIED.
SO ORDERED. /s/ Stefan R. Underhill, U.S.D.J.
4/29/04