FILED

UNITED STATES DISTRICT COURT

2004 APR 26  P 4 DISTRICT OF CONNECTICUT

US DISTRICT COU

BROADWAY THEATRE CORP.            )
                                  )
                                  )
                                  )
V.                                ) CIVIL ACTION NO: 300-CV00706 (SRU)
                                  )
                                  )
                                  )
BUENA VISTA PICTURES              )
DISTRIBUTION, ET AL.              ) APRIL 26, 2004

FILED 2004 APR 30 A 8:48 US DISTRICT COURT BRIDGEPORT CONN

**PLAINTIFF'S MOTION TO AMEND PRE-TRIAL ORDER NUNC PRO TUNC**

The Plaintiff, Broadway Theatre Corporation, respectfully asks this Court for permission to add the following witnesses to the Plaintiff's list of witnesses at trial. New witnesses have come to the Plaintiff's attention who were unknown to the Plaintiff when Plaintiff's list of witnesses was filed with this Court.

1. Wayne Heaton

New Haven resident, York Square patron and wheelchair user

2. Lloyd Kaufman

President, Troma Films, Incorporated, film distributor

3. Charles B. Moss

MOTION GRANTED.
SO ORDERED. /s/ [signature] 4/29/04