PRETRIAL CONFERENCE HELD
DATE: 5/6/04

(2.5 hrs.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pre-Trial Conference Calendar

Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

May 6, 2004

3:00 p.m.

CASE NO. **3:00cv706**    **Broadway v Buena Vista**

Richard W. Bowerman
Elizabeth K. Andrews
Benjamin A. Solnit
Tyler, Cooper & Alcorn
205 Church St., Po Box 1936
New Haven, CT 06509-1910


Jonathan H. Beamon
Corporation Counsel's Office
165 Church St.
New Haven, CT 06510


Peter C. Spodick
592 Central Ave.
New Haven, CT


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK