CT/cttrial (October 17, 2001)

TOTAL TIME: ___ hours **15** minutes   DEPUTY CLERK **Montz**   HONORABLE **Stefan Underhill**   RPTR/ERO/TAPE **Catucci**

DATE **5·10·04**   START TIME **9:15**   END TIME **9:30**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Broadway Theatre**
vs.
**Buena Vista Pictures**

CIVIL NO. **3:00cv706(SRU)**

§
§
§
§
§

**Peter Spodick**
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Elizabeth Andrews**
Defendants Counsel
**Richard Bowerman**
**Benjamin Solnit**

## CIVIL JURY/COURT TRIAL

☐ ........  Jury of _____ report (see attached) ☐ Jury sworn
☐ ........  ☐ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until _____ at _____
☑ ........  ☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until _____ at _____
☑ ctrlconc.  Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ ....#__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....#__  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ oralm...  Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ oralm...  Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ oralm...  Oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ oralm...  Oral motion _____  ☐ granted ☐ denied ☐ advisement
☑ ........  **The Plaintiff withdraws his complaint w/prejudice**   ☐ filed ☐ docketed
☑ ........  **The Court dismisses the case under Rule 41b**   ☐ filed ☐ docketed
                                                              ☐ filed ☐ docketed
                                                              ☐ filed ☐ docketed
                                                              ☐ filed ☐ docketed
                                                              ☐ filed ☐ docketed
                                                              ☐ filed ☐ docketed

☐ Plaintiff(s) rests  ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held  ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)