UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAY 11  A 11: 09

U.S. DISTRICT COURT
BRIDGEPORT, CONN

BROADWAY THEATRE CORP.

v.                                             3:00CV706 (SRU)

BUENA VISTA PICTURES
DISTRIBUTION, COLUMBIA
PICTURES INDUSTRIES, INC.,
SONY PICTURES RELEASING CORP.,
DREAMWORKS DISTRIBUTION LLC,
UNIVERSAL FILM EXCHANGES, INC.,
LIONS GATE FILMS, INC.,
WARNER BROS. DISTRIBUTING,
METRO-GOLDWYN-MAYER
DISTRIBUTION CO., USA FILMS, LLC,
MIRAMAX FILM CORP., NEW LINE CINEMA
CORP., PARAMOUNT PICTURES CORP.

## JUDGMENT

This matter came on for a court trial before the Honorable Stefan R. Underhill, United States District Judge. On May 10, 2004, the plaintiff withdrew his case with prejudice and the Court granted the dismissal.

Therefore it is ORDERED and ADJUDGED that this action is withdrawn without costs to any party and with prejudice.

Dated at Bridgeport, Connecticut this 11th day of May, 2004.

KEVIN F. ROWE, CLERK

By _____
Deputy Clerk

Entered on Docket            , 2004