Independently owned and locally operated by Robert C. Spodick and Leonard E. Sampson.

# YORK SQ 1 2 3
## CINEMAS
BROADWAY NEXT TO YALE CO-OP

EXECUTIVE OFFICES
55 BROADWAY, NEW HAVEN, CONNECTICUT 06511

(203) 773-3104     (203) 865-3015

*United States District Court*
*District of Connecticut*
*FILED AT BRIDGEPORT*
*5/21/04*
*Kevin F. Rowe, Clerk*
*By: [signature], Deputy Clerk*

3:00CV706

May 14, 2004

Judge Stefan Underhill
United States District Court
Bridgeport, CT

Dear Judge Underhill:

I am President of the Broadway Theatre Corp. operating the York Square Cinemas in New Haven.

This past Monday, I was stunned by my counsel, my son, Peter Spodick, when he told me at the door to the Court that he could not carry on with the case.

A brief conversation was unavailing. After all these years of preparation, Peter stood before you and withdrew. At his side, I stood speechless. Since leaving the courtroom, Peter has been in seclusion and unavailable.

Judge Underhill, under the circumstances, is there any way I can have permission to seek another attorney to restore the case to trial and decision?

I sincerely regret the imposition on all parties but I make this request in a final effort to seek justice.

Respectfully and sincerely,

BROADWAY THEATRE CORP.

[signature]
Robert C. Spodick

BY HAND DELIVERY

*"De Gustibus Non Est Disputandum"* LATIN PROVERB