UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 13 P 1:25
U.S. DISTRICT COURT
BRIDGEPORT, CONN

BROADWAY THEATRE CORP.,
Plaintiff

vs.

BUENA VISTA PICTURES DISTRIBUTION; COLUMBIA PICTURES INDUSTRIES, INC.; DREAMWORKS DISTRIBUTION, LLC.; LIONS GATE FILMS, INC.; METRO-GOLDWYN -MAYER DISTRIBUTION CO., INC.; MIRAMAX FILM CORP.; NEW LINE CINEMA CORPORATION; PARAMOUNT PICTURES CORPORATION; SONY PICTURES RELEASING CORPORATION; UNIVERSAL FILM EXCHANGES, INC.; WARNER BROS. DISTRIBUTING; and USA FILMS, LLC,
Defendants

CIVIL ACTION

NO. 300-CV-00706 (SRU)

AUGUST 12, 2004

**APPEARANCE**

TO THE CLERK:

Please enter my appearance for the plaintiff in the above enttled action:

MAX F. BRUNSWICK
12 Trumbull Street
New Haven, CT 06511
(203) 562-4024
Fax: (203) 782-5979
E-Mail: smartattorney1@aol.com
Fed. Bar No. 05918

in lieu of the appearance of Peter Spodick.

MAX F. BRUNSWICK
12 Trumbull Street
New Haven, CT 06511
(203) 562-4024
Fax (203) 782-5979
Fed. bar No. 05918


**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed to each of the following counsel of record on August 12, 2004:

RICHARD W. BOWERMAN, Esq.;
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06509

JEFFREY A. ROSEN, Esq.
Sargoy, Stein, Rosen & Shapiro
1790 Broadway
New York, NY 10019

MAX F. BRUNSWICK