UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 13  P 1: 25
U.S. DISTRICT COURT

BROADWAY THEATRE CORP.,
    Plaintiff

vs.

BUENA VISTA PICTURES DISTRIBUTION;
COLUMBIA PICTURES INDUSTRIES, INC.;
DREAMWORKS DISTRIBUTION, LLC;
LIONS GATE FILMS, INC.; METRO-
GOLDWYN-MAYER DISTRIBUTION CO.,
INC.; MIRAMAX FILM CORP.; NEW LINE
CINEMA CORPORATION; PARAMOUNT
PICTURES CORPORATION; SONY PICTURES
RELEASING CORPORATION; UNIVERSAL
FILM EXCHANGES, INC.; WARNER BROS.
DISTRIBUTING; and USA FILMS, LLC,
    Defendants

CIVIL ACTION

NO. 300-CV-00706 (SRU)

AUGUST /z, 2004

## MOTION TO VACATE AND SET ASIDE VOLUNTARY DISMISSAL AND TO RELIEVE PLAINTIFF FROM FINAL JUDGMENT ORDER

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, the plaintiff in the above entitled matter respectfully moves to vacate and set aside the voluntary dismissal of this action entered on May 10, 2004 and to relieve it from the final judgment order, for the reasons set forth below:

1. On May 10, 2004, when this case was reached for trial, the action was dismissed by this court upon request of plaintiff's counsel Peter C. Spodick, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. The request for the voluntary dismissal was not authorized by the plaintiff, as more fully set forth in the affidavit of Robert Spodick, president and CEO of the plaintiff Broadway Theatre Corp.

ORAL ARGUMENT IS REQUESTED
TESTIMONY MAY BE REQUIRED

3. Attorney Peter C. Spodick, who is the son of Robert Spodick, was emotionally upset and made the ill advised spur of the moment unauthorized decision to voluntarily dismiss the case based on what he incorrectly perceived to be a family health crisis involving his father, as more fully set forth in his affidavit attached hereto.

4. Under all of the circumstances then and there existing at the time of the voluntary dismissal, the court should vacate such dismissal and relieve the plaintiff from the final judgment order on the ground of mistake, inadvertence, surprise, excusable neglect or other reasonable ground justifying relief from the operation of the judgment.

THE PLAINTIFF

BY _____
MAX F. BRUNSWICK
Its Attorney
12 Trumbull Street
New Haven, CT 06512
(203) 562-4024
Fax (203) 782-5979
E-Mail: smartattorney1@aol.com
Fed Bar No. 05918

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

BROADWAY THEATRE CORP.,
    Plaintiff

VS.

BUENA VISTA PICTURES DISTRIBUTION;
COLUMBIA PICTURES INDUSTRIES, INC.,        CIVIL ACTION
DREAMWORKS DISTRIBUTION, LLC;
LIONS GATE FILMS, INC.; METRO-
GOLDWYN-MAYER DISTRIBUTION CO.,
INC.; MIRAMAX FILM CORP.; NEW LINE       NO. 300-CV-00706 (SRU)
CINEMA CORPORATION; PARAMOUNT
PICTURES CORPORATION; SONY PICTURES
RELEASING CORPORATION; UNIVERSAL
FILM EXCHANGES, INC.; WARNER BROS.       AUGUST   , 2004
DISTRIBUTING; and USA FILMS, LLC.,
    Defendants

## ORDER

The motion to vacate and set aside and to relieve the plaintiff from the final judgment of the voluntary dismissal, having been heard, it is hereby

ORDERED: the voluntary dismissal is hereby vacated and set aside and the plaintiff is relieved from the final judgment of dismiissal.

Dated at Bridgeport, CT on August   , 2004.

---
UNITED STATES DISTRICT JUDGE

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to each of the following counsel of record on August 12, 2004:

>RICHARD W. BOWERMAN, Esq.;
>Tyler, Cooper & Alcorn, LLP
>205 Church Street
>New Haven, CT 06509
>
>JEFFREY A. ROSEN, Esq.
>Sargoy, Stein, Rosen & Shapiro
>1790 Broadway
>New York, NY 10019

_____
MAX F. BRUNSWICK