UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROADWAY THEATRE CORP. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| V. ) | CIVIL ACTION NO: 3:00-CV-00706 (SRU) |
| ) | |
| ) | |
| ) | |
| BUENA VISTA PICTURES ) | |
| DISTRIBUTION, COLUMBIA ) | |
| PICTURES INDUSTRIES, INC., ) | |
| DREAMWORKS DISTRIBUTION L.L.C., ) | |
| LIONS GATE FILMS INC., ) | |
| METRO-GOLDWYN-MAYER ) | |
| DISTRIBUTION CO., MIRAMAX FILM ) | |
| CORP., NEW LINE CINEMA ) | |
| CORPORATION, PARAMOUNT ) | |
| PICTURES CORPORATION, SONY ) | |
| PICTURES RELEASING ) | |
| CORPORATION, UNIVERSAL FILM ) | |
| EXCHANGES, INC., WARNER BROS. ) | |
| DISTRIBUTING, AND USA FILMS, LLC ) | AUGUST 13, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

The Defendants, pursuant to L.Civ.R. 7(b) 2, hereby move for an extension of time to and including September 27, 2004, to file a Response in Opposition to the Plaintiff's Motion to Vacate dated August 12, 2004.

Good cause exists for the granting of this motion in that the time limitation in question cannot reasonable be met despite the diligence of counsel and each defendant for the following reasons:

**ORAL ARGUMENT NOT REQUESTED**

This matter was dismissed with prejudice on May 10, 2004 and since that time counsel have been actively engaged in other matters, including trial in Superior Court. Over the course of the next two weeks, counsel for the defendants are either on vacation or will be attending out-of-state depositions. Additionally, many in-house counsel for the defendants are on vacation this week and next. Given the number of defendants, an extension of time is necessary in order to have adequate opportunity to discuss and formulate a response. Finally, discovery may also have to be undertaken prior to the preparation of an appropriate response.

This afternoon the undersigned contacted Attorney Max Brunswick by telephone to inquire whether he would agree or object to this motion for extension of time. Attorney Brunswick does not object to the granting of this motion.

This is the first motion for extension of time filed with respect to this limitation.

Respectfully Submitted,

THE DEFENDANTS,

By _____
Richard W. Bowerman (ct 04181)
Elizabeth K. Andrews (ct20986)
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, Connecticut 06509

(203) 784-8200
(203) 777-1181 (fax)
e-mail: bowerman@tylercooper.com

- Their Attorneys -

2

3

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served by first-class mail on August 13, 2004 to the following:

Peter C. Spodick, Esquire
8 Hazel Terrace
Woodbridge, Connecticut 06525

Max F. Brunswick, Esquire
12 Trumbull Street
New Haven, Connecticut 06511

_____
Richard W. Bowerman (ct 04181)