UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BROADWAY THEATRE CORP. | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO: 3:00-CV-00706 (SRU) |
| | ) | |
| BUENA VISTA PICTURES DISTRIBUTION, COLUMBIA PICTURES INDUSTRIES, INC., DREAMWORKS DISTRIBUTION L.L.C., LIONS GATE FILMS INC., METRO-GOLDWYN-MAYER DISTRIBUTION CO., MIRAMAX FILM CORP., NEW LINE CINEMA CORPORATION, PARAMOUNT PICTURES CORPORATION, SONY PICTURES RELEASING CORPORATION, UNIVERSAL FILM EXCHANGES, INC., WARNER BROS. DISTRIBUTING, AND USA FILMS, LLC | ) | SEPTEMBER 10, 2004 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

The Defendants, pursuant to L.Civ.R. 7(b) 2, hereby move for an extension of time of an additional ten days, to and including October 7, 2004, to file a Response in Opposition to the Plaintiff's Motion to Vacate dated August 12, 2004.

Good cause exists for the granting of this motion in that the time limitation in question cannot reasonable be met despite the diligence of counsel and each defendant for the reasons stated in the Defendants' motion of August 13, 2004. Additionally, the parties have agreed to

**ORAL ARGUMENT NOT REQUESTED**

limited discovery on the matters raised in Plaintiff's Motion to Vacate. Due to scheduling conflicts of counsel and Plaintiff's representative, the parties require additional ten days to complete the discovery and prepare an appropriate response.

Plaintiff's counsel, Attorney Max Brunswick, does not object to the granting of this motion.

This is the second motion for extension of time filed with respect to this limitation.

Respectfully Submitted,

THE DEFENDANTS,

By _____
Richard W. Bowerman (ct 04181)
Elizabeth K. Andrews (ct20986)
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, Connecticut 06509

(203) 784-8200
(203) 777-1181 (fax)
e-mail: bowerman@tylercooper.com

- Their Attorneys -

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served by first-class mail on September 10, 2004 to the following:

Peter C. Spodick, Esquire
8 Hazel Terrace
Woodbridge, Connecticut 06525


Max F. Brunswick, Esquire
12 Trumbull Street
New Haven, Connecticut 06511
(via hand-delivery)

_____
Richard W. Bowerman (ct 04181)