UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROADWAY THEATRE CORP. ) | |
| ) | |
| V. ) | CIVIL ACTION NO: 3:00-CV-00706 (SRU) |
| ) | |
| BUENA VISTA PICTURES ) | |
| DISTRIBUTION, COLUMBIA ) | |
| PICTURES INDUSTRIES, INC., ) | |
| DREAMWORKS DISTRIBUTION L.L.C., ) | |
| LIONS GATE FILMS INC., ) | |
| METRO-GOLDWYN-MAYER ) | |
| DISTRIBUTION CO., MIRAMAX FILM ) | |
| CORP., NEW LINE CINEMA ) | |
| CORPORATION, PARAMOUNT ) | |
| PICTURES CORPORATION, SONY ) | |
| PICTURES RELEASING ) | |
| CORPORATION, UNIVERSAL FILM ) | |
| EXCHANGES, INC., WARNER BROS. ) | |
| DISTRIBUTING, AND USA FILMS, LLC ) | SEPTEMBER 17, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

The Defendants, pursuant to L.Civ.R. 7(b) 2, hereby move for an extension of time of an additional ten days, to and including October 18, 2004, to file a Response in Opposition to the Plaintiff's Motion to Vacate dated August 12, 2004.

Good cause exists for the granting of this motion in that the time limitation in question cannot reasonable be met despite the diligence of counsel and each defendant for the reasons stated in the Defendants' motion of August 13, 2004. Additionally, the parties have agreed to

**ORAL ARGUMENT NOT REQUESTED**

limited discovery on the matters raised in Plaintiff's Motion to Vacate. Due to scheduling conflicts of counsel and the Jewish holidays, Plaintiff's counsel has requested that the deposition scheduled for September 20, 2004 be continued to September 27, 2004, and the defendants have agreed to that re-scheduling. Accordingly, an additional ten days is necessary to complete the discovery and for the defendants counsel to prepare an appropriate response to Plaintiff's Motion to Vacate.

  Plaintiff's counsel, Attorney Max Brunswick, does not object to the granting of this motion.

  This is the third motion for extension of time filed with respect to this limitation.

            Respectfully Submitted,

            THE DEFENDANTS,

By _____
    Richard W. Bowerman (ct 04181)
    Elizabeth K. Andrews (ct20986)
    Tyler Cooper & Alcorn, LLP
    205 Church Street
    Post Office Box 1936
    New Haven, Connecticut 06509

    (203) 784-8200
    (203) 777-1181 (fax)
    e-mail: bowerman@tylercooper.com

    - Their Attorneys -

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served by first-class mail on September 17, 2004 to the following:

Peter C. Spodick, Esquire
8 Hazel Terrace
Woodbridge, Connecticut 06525

Max F. Brunswick, Esquire
12 Trumbull Street
New Haven, Connecticut 06511

Richard W. Bowerman (ct 04181)