UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROADWAY THEATRE CORP. | ) |
| | ) |
| V. | ) CIVIL ACTION NO: 3:00-CV-00706 (SRU) |
| | ) |
| BUENA VISTA PICTURES DISTRIBUTION, ET AL. | ) OCTOBER 19, 2004 |

**SUPPLEMENT TO DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE**

Defendants' Memorandum of Law in Opposition to Plaintiff's Motion to Vacate was filed with Exhibits on October 18, 2004. Attached is Exhibit 12, which was inadvertently omitted from that filing. Exhibit 12 represents a true and accurate copy of the fax cover sheet from Attorney Peter Spodick, sent from the home office of Attorney Sara Spodick, to Attorney Bowerman, Sunday evening, May 9, 2004 at approximately 7:41 p.m., together with a true and accurate copy of one of the letters that accompanied that facsimile.

Respectfully Submitted,

THE DEFENDANTS,

By: _____
Richard W. Bowerman (ct 04181)
Ben A. Solnit (ct00292)
Elizabeth K. Andrews (ct20986)
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, Connecticut 06509-1910

(203) 784-8200
(203) 777-1181 (fax)
e-mail:  bowerman@tylercooper.com
e-mail:  solnit@tylercooper.com
e-mail:  eandrews@tylercooper.com

- Their Attorneys -

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served by first-class mail on October 19, 2004, to the following:

Peter C. Spodick, Esquire
8 Hazel Terrace
Woodbridge, Connecticut 06525


Max F. Brunswick, Esquire
12 Trumbull Street
New Haven, Connecticut 06511

_____
Elizabeth K. Andrews (ct20986)

# EXHIBIT 12

# PETER SPODICK, ESQ
## 592 CENTRAL AVENUE
## NEW HAVEN, CT 06515
### PHONE : 203-387-5714
### FAX : 203-389-5731

## FAX COVER SHEET

TO :   Richard Bowerman, Esq.

FAX NO:   203-865-7865

FROM :   Peter Spodick, Esq.

**YOU SHOULD RECEIVE 11 PAGES INCLUDING THIS COVER PAGE**

**THE FOLLOWING FAX IS CONFIDENTIAL AND PRIVILEGED AND FOR ATTORNEYS EYES ONLY. IF YOU HAVE RECEIVED THIS FAX IN ERROR PLEASE CALL THE SENDER IMMEDIATELY.**

NOTES :

Richard,

Please call me to discuss upon receipt. Thank you.

-Peter Spodick



DEFENDANT'S
EXHIBIT NO. 7
FOR IDENTIFICATION
DATE:          RPTR:

# PETER SPODICK, ESQ
### 592 CENTRAL AVENUE
### NEW HAVEN, CT 06515
### PHONE : 203-387-5714
### FAX : 203-389-5731

May 9, 2004

Richard W. Bowerman
Tyler Cooper & Alcorn, LLP
205 Church Street
Post Office Box 1936
New Haven, CT 06509-1910

<u>VIA FAX</u>

Re :   Miramax Film Corp.

Dear Richard,

After carefully reviewing the file in preparation for trial, the Plaintiff is hereby offering withdrawal of the civil action entitled <u>Broadway Theatre Corp. v. Buena Vista Pictures Distribution, et al</u>, civil action number 3:00-CV-00706 (SRU) against Defendant Miramax Film Corp. In consideration for said withdrawal, the Plaintiff is requesting $10,000.00. I believe that this offer is fair and just based upon the claims presented against the Defendant. Hopefully, your client will view this offer in the same manner. If accepted, said settlement shall be and remain confidential between the Plaintiff and Miramax Film Corp. This settlement offer shall expire at 9 a.m. E.S.T. on May 10, 2004. Please respond immediately, as time is of the essence.

Yours truly,

*[signature]*
Peter C. Spodick, Esq.