# United States District Court

DISTRICT OF _____

**EXHIBIT AND WITNESS LIST**

Broadway Theatre
v.
Buena Vista Pictures

CASE NUMBER: 3:00cv706 (SRU)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan Underhill | Max Brunswick | Eliz Andrews  Ben Solnit  Richard Bowerman |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12-9-04 | Sue Catucci | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12-9-04 | | | Robert Spodick, sworn + test |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages